**From:** Oldfield, Sherry <Sherry.Oldfield@ttuhsc.edu>
**Sent:** Wednesday, December 17, 2025 9:30 AM
**To:** duggalv@hotmail.com <duggalv@hotmail.com>
**Subject:** Letter

Good Morning,

I sincerely hope this helps to answer the questions I could answer.

Sherry