Exhibit 3a

Dear Mr. Duggal,

Thank you for your inquiries and request for any information about your son Vaibval Duggal working in the clinic. I am the Division Chief of APRN's at Texas Tech of El Paso and I work with and care about students who are on rotations here. It is within my duties to communicate this information to you as a family member, and if need be, to make complaint in good conscience to the school and/or the nursing or medical board. Failure to implement changes to safeguard students against this sort of outcome may need a formal complaint to be initiated.

It is my understanding that Vaibhav lived for becoming a doctor and had dreamed of it since third grade. It is easy to imagine his fear if this dream were in jeopardy. I value the privilege of helping to educate students. I begin every session by letting students know that my office is a safe zone where nothing they say can hurt them. I make it clear that not being able to answer one of my questions will not lead to harassment. This approach allows for an open dialogue with the students if they need or want support.

The incident involving Vaibhav occurred during an OB/GYN clinic. The nurse practitioner involved reported directly to me as Division Chief. In this case, she was instructed to keep this information from being reported through the usual process. This was presumably to protect either the student or patient or possibly both. Of course, now we know it not only didn't protect the student but increased his risk exponentially. There never was an investigation because Vaibhav did not survive to defend himself. I did not need to know the specifics of the grievance to be informed that there was an issue. I'm not entirely sure when the next person, a physician, was notified but it was not immediate. I was the direct supervisor of Nurse Practitioner Alejandra Cabral, who I now know was told to keep this incident a secret from everyone. The information about there being a patient complaint, or that there was any problem at all.

Based on what I knew of your son, it was clear to me that this outcome was a significant risk for him in this circumstance. If someone had known and reached out to Vaibhav with support he might be alive to defend himself. He might have decided to go to a different school that had a more supportive administration at the very least. I believe the action by the school to limit information to anyone who could have supported Vaibhav was in part to protect the school's reputation. This is not the first time I personally witnessed the administration prevent negative information from public scrutiny. The lack of a mention

of this and the previous issue in the public media is alarming. It indicates there is power at some level with the ability to "scrub" negative information from being discovered.

Those who did have this information and could have acted on it but for some reason did not. For example, Dr. Martin referred Vaibhav to the second floor for counseling but did not have anyone follow up with him or check in on him to see how he was doing. Instead of reaching out to him with empathy or concern for his wellbeing, a very distressing late night disciplinary email was sent to him with alarming highlights and arrows, explaining how there was no realistic way forward.

Since I began working here, the APRN's were encouraged/instructed to let the students go in and interview the patients alone, with the idea that they would gain experience. However, there are obvious risks to an inexperienced student in these situations. Students don't have enough experience to know when a patient is being inappropriate, such as this situation where the patient was apparently showing Vaibhav pictures of her boyfriend. Also, a student is at higher risk in these situations than a practicing physician because they do not carry malpractice insurance and may be risking dismissal from school or the inability to obtain a license in the future if a patient makes a complaint because the student has no witness for protection against the possibility of misinterpreted words. If there is no camera and no witness, any patient can allege anything they want and it will be their word against the student's word, this is not a safe environment for the students' futures, particularly when the school takes the complaint at face value without looking into it, as was the case here.

I no longer allow students to do patient interviews alone. While there was an initial plan for this change it is clear it is not being universally followed by everyone. It makes protecting the students for something as simple as an intake interview nearly impossible.

Additional reasons that the school should have known they needed to protect any student but now we know especially with Vaibhav include:

1. The suicide rate for medical students and doctors is significantly higher than the average for society as a whole.

2. He was sent into a room alone to interview a patient by himself, risking his career, and the school has a track record of putting the school's reputation above their students, and had no intention of defending a student against complaints.

3. He was a male student in an academic program that was predominantly female students, and therefore he may feel alone, isolated, or vulnerable to scrutiny.

4. The longitudinal curriculum propagated by the school is unnecessarily high stress and has dubious claims for better outcomes.

5. They summarily terminated him from the program/rotations without reaching out in any way.

6. Receiving a disciplinary email late at night with the arrows and highlights like that would be devastating for any student who received it.

7. Medical students rightfully care about their reputations as it impacts their ability to get a job and the school's disciplinary action in the form of this report would become part of his permanent record.

One of the things that has bothered me the most about the school is their pervasive lack of concern for their students. The school should have made it a part of their policies and procedures that students are not allowed to go into a room alone with a patient and should at least have made this change now. Students and faculty should have training on specific interactions with patients. There is no discernable orientation, policy, or procedure for the APRN's to precept the students. I do not have a copy of it if there is one, and I was never directed to a formal plan for it nor were the APRN's under my supervision. It appears clear to me that the clinic uses the students to do the initial interviews as a way to save costs through reduced staff. This practice places cost and profit the of the institution above the student's well being, especially since the University does not support or stand behind the students, and instead penalizes them. This practice places the reputation and well being of the institution above the student's well being.

There appears to have been very little investigation before the school disciplined Vaibhav. I was never asked anything about it and no one I am aware of was included in any investigation, everything was kept secret. Vaibhav was not afforded a chance to defend himself but was summarily dismissed from his rotations making it difficult to catch up. He likely understood this and the outcome from his vantage point was too much to contemplate.

Lastly, when the students asked for a memorial service for Vaibhav, the students were told they needed to pay to rent the space for the service, and I don't have adequate knowledge of what happened after this. There is an odd sort of silence on the subject of this incident, we are not supposed to speak about, it is eerie that there is no discussion of this in the clinic. I would have attended the memorial had it been publicized but it wasn't, I feel that I was denied the ability to attend the memorial. I don't know if that is about the position of the institution or the fear the students feel. They are all fearful for their own

ability to succeed and rightly so at this point. I believe you have the right to know this information because you are his parents bearing unfathomable grief.

Thank you,

Sherry Oldfield CNM

Sherry Oldfield, CNM

APRN Division Chief