**Martin, Charmaine**

**From:** Welshans, Katelyn
**Sent:** Monday, July 28, 2025 9:11 AM
**To:** Francis, Maureen; Martin, Charmaine
**Subject:** Re: Student concern in gyn clinic

Is that the formal complaint form through student affairs?

---

**From:** Francis, Maureen <Maureen.Francis@ttuhsc.edu>
**Sent:** Friday, July 25, 2025 8:27 PM
**To:** Welshans, Katelyn <Katelyn.Welshans@ttuhsc.edu>; Martin, Charmaine <Charmaine.Martin@ttuhsc.edu>
**Subject:** Re: Student concern in gyn clinic

Hi Katelyn,
Dr Martin has been working on this. I believe she will need a formal referral to the GPC for an egregious breach of professionalism. We were also talking about removing the student from patient care while awaiting the GPC. I'll let Dr Martin respond to this to see the best way to do it.
Thank you,
Maureen

Get Outlook for iOS

---

**From:** Welshans, Katelyn <Katelyn.Welshans@ttuhsc.edu>
**Sent:** Friday, July 25, 2025 6:35:35 PM
**To:** Francis, Maureen <Maureen.Francis@ttuhsc.edu>; Martin, Charmaine <Charmaine.Martin@ttuhsc.edu>
**Subject:** Student concern in gyn clinic

Hi Dr Martin and Dr Francis,
Dr. Toy has included me on the student issue in our clinic stemming from a patient concern. I know it has been escalated far above me that this point as I was only informed this AM. What do I need to do for documentation. Also, do I need to do anything to address this as it is already far above me.

I have asked Dr. Toy to cc me on all email communication to keep me in the loop but please advise me on my next course of action if any.

Thank you,
Katelyn

Get Outlook for Android