Exhibit 5

552.107

[redacted]

**From:** Raya, Talia <Talia.Raya@ttuhsc.edu>
**Sent:** Thursday, July 24, 2025 9:05 AM
**To:** Belletete, Samantha <sbellete@ttuhsc.edu>; Toy, Eugene <Eugene.Toy@ttuhsc.edu>; Rajani, Rajiv <rrajani@ttuhsc.edu>; Gonzalez, Arlene <Arlene.Gonzalez@ttuhsc.edu>
**Cc:** De Leon, Ingrid <indeleon@ttuhsc.edu>; Favela, Adriana <Adriana.Favela@ttuhsc.edu>; Gonzalez, Daniel <Daniel.Gonzalez@ttuhsc.edu>; Villa, Crystal <cryvilla@ttuhsc.edu>; Complaint and Grievances <complaintsandgrievances@ttuhsc.edu>; Komarek, Suzanne <Suzanne.Komarek@ttuhsc.edu>
**Subject:** RE: New Grievance RC 350 - OBGYN - Medical Director to respond

Hello All,

This is a very serious accusation, as such I am copying risk management.

In addition, this grievance involves a student I am going to refer this to the Dean of student affairs.

In the medical record, we have no mentioned of the student being in the examination. Dr. Toy can you please ask NP Alejandra Cabral if there was a student present in the examination?

Thank you,

**Talia Raya, MBA**
Director of Quality Improvement