# OB Clerkship Student Evaluation Card

**Student Name** Vaibhav Duggal **Date:** July 23rd, 2025

**Service/Rotation:** Women's Health clinic **Evaluator name:** alejandra Cabral WHNP-BC

| Competencies | Needs improvement | Meets expectations | Exceeds expectations ( Honors) | N/A |
|---|---|---|---|---|
| **1. Knowledge for Practice** Student can identify biopsychosocial issues relevant to patient treatment. Can compare and contrast normal variation and pathological states commonly encountered in Obstetrics and Gynecology. Can independently apply knowledge to identify problem | | | ✓ | |
| **2. Patient Care and Procedural skills** Student can complete an appropriate history and exam is appropriate in scope. . Generates a comprehensive list of diagnostic considerations based on the integration of historical, physical, and laboratory findings. Provides preventive healthcare services and promotes health in patients Appropriately documents findings | | | ✓ | |
| **3. Interpersonal and Communication Skills** Communicates effectively with patients and families across a broad range of socio-economic and cultural backgrounds Presentations to faculty or resident are organized. | | | ✓ | |
| **4. Practice-Based Learning and Improvement** Takes the initiative in increasing clinical knowledge and skills. Accepts and incorporates feedback into practice | | | ✓ | |
| **5. System-Based Practices** Effectively utilizes medical care systems and resources to benefit patient health. Demonstrates understanding of processes for maintaining continuity of care throughout transitions (change in team of providers or transfer in level of care). | | | ✓ | |
| **6. Professionalism** Is reliable and dependable. Acknowledges mistakes .Displays compassion and respect for all people. Demonstrates honesty in all professional matters. Protects patient confidentiality. Dress and grooming appropriate for the setting | | | ✓ | |
| **7. Interprofessional Collaboration** Works professionally with other health care personnel including nurses, technicians, and ancillary service personnel. Is an important, contributing member of the assigned team. | | | ✓ | |
| **8. Personal and Professional Development** Recognizes when to take responsibility and when to seek assistance. Practice flexibility in adjusting to change and difficult situations | | | ✓ | |

*Any below expectations requires comments

**Strongest areas:** came prepared, engaged in learning

**Opportunities for improvement:** ____

**Did the student show progress/improvement:** ___ yes ___no __n/a **Over what interval:** _______ encounters or _______ weeks

**Evaluator Signature:** ACabral