Exhibit 7

HIPAA

**From:** Belletete, Samantha
**To:** Toy, Eugene; Rajani, Rajiv; Gonzalez, Arlene
**Cc:** Raya, Talia; De Leon, Ingrid; Favela, Adriana; Gonzalez, Daniel; Villa, Crystal; Complaint and Grievances
**Subject:** New Grievance RC 350 - OBGYN - Medical Director to respond
**Date:** Wednesday, July 23, 2025 4:51:07 PM
**Attachments:** image002.png
Grievance Form - RC350.pdf

---

Medical Director to respond by 7/30

Name: [redacted]
DOB: [redacted]
Phone: [redacted]

- [redacted] had an appointment at 9am this morning in OBGYN.
- An NP/Student (dark complexion, dark black hair and glasses) was the first to meet her to do her initial assessment.
- He asked her questions about her current relationship status, previous relationships, whether or not she had been in a three-some, if her boyfriend would get mad at him if he felt her abdomen, that she had nice abs and used the phrase "would your boyfriend get made at me if…" throughout the intake process.
- He also asked if he could perform the pap smear, but she denied the request as she wanted the RN to complete the procedure.
- When she was asked if the student could stay and watch the procedure for training purposes, she agreed and didn't really mind.
- Very soon after she left the clinic, the student requested to follow her on Instagram (photo below) and sent her messages that made her feel uncomfortable.
    - She does not have screenshots of the messages as he apparently blocked her approximately an hour after sending the request below.
- She has requested that he not interact with her online or in person. She has another appointment in two weeks and doesn't want to interact with him at all.




Kind regards,

**Samantha Belletete**
Senior Administrative Assistant

Clinical Affairs
4801 Alberta Ave | El Paso, TX 79905
O: 915-215-5770
Texas Tech Physicians of El Paso
www: ttpelpaso.com

TEXAS TECH PHYSICIANS
OF EL PASO

Privacy/Confidentiality Notice: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Grievance # RC 350

Texas Tech Physicians.
of EL PASO

Response Due Date: 7/30/2025

## EP 6.6 Appendix

## GRIEVANCE INVESTIGATION FORM

**THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY THE RECIPIENT WITHIN FIVE (5) BUSINESS DAYS. LACK OF RESPONSE WILL ASSUME DEFICIENCY ON PART OF CLINIC AND/OR PROVIDER.**

1. I have reviewed and fully investigated the grievance received regarding the practitioner/staff of the clinical department/clinic I have responsibility over and determined that:

○ No deficiencies were identified, all actions were in keeping with standards of care, professional conduct and institutional processes. Justification:

○ The following deficiencies were identified:

2. If deficiencies were identified:
   a. the following actions have been or will be taken to correct or resolve the current grievance:

   b. the following actions have been or will be taken to avoid those deficiencies to repeat in the future:

3. I or my designee have contacted the complainant and notified him/her of the result of the investigation and any action planned related to him/her particular case: Yes ☐ No ☐

4. Additional explanation (optional):

Name:________________________ Position Title:______________________ Date:______________