**Martin, Charmaine**

552.107

| | |
|---|---|
| **From:** | Toy, Eugene |
| **Sent:** | Thursday, July 24, 2025 10:59 AM |
| **To:** | Martin, Charmaine |
| **Cc:** | Reddy, Sireesha |
| **Subject:** | FW: New Grievance RC 350 - OBGYN - Medical Director to respond |

Hi Dr. Martin,
After Sireesha and I discussed today, making you aware of this grievance. We are awaiting guidance as we speak from Title IX folks.
ET

[redacted]

**From:** Raya, Talia <Talia.Raya@ttuhsc.edu>
**Sent:** Thursday, July 24, 2025 9:05 AM
**To:** Belletete, Samantha <sbellete@ttuhsc.edu>; Toy, Eugene <Eugene.Toy@ttuhsc.edu>; Rajani, Rajiv <rrajani@ttuhsc.edu>; Gonzalez, Arlene <Arlene.Gonzalez@ttuhsc.edu>
**Cc:** De Leon, Ingrid <indeleon@ttuhsc.edu>; Favela, Adriana <Adriana.Favela@ttuhsc.edu>; Gonzalez, Daniel <Daniel.Gonzalez@ttuhsc.edu>; Villa, Crystal <cryvilla@ttuhsc.edu>; Complaint and Grievances <complaintsandgrievances@ttuhsc.edu>; Komarek, Suzanne <Suzanne.Komarek@ttuhsc.edu>
**Subject:** RE: New Grievance RC 350 - OBGYN - Medical Director to respond

Hello All,

This is a very serious accusation, as such I am copying risk management.

In addition, this grievance involves a student I am going to refer this to the Dean of student affairs.

In the medical record, we have no mentioned of the student being in the examination. Dr. Toy can you please ask NP Alejandra Cabral if there was a student present in the examination?

Thank you,

**Talia Raya, MBA**
Director of Quality Improvement
Texas Tech University Health Sciences Center El Paso
4801 Alberta Ave. El Paso, TX 79905
O: 915-215-5903
ttuhscep.edu | give2.ttuhscep.edu

**From:** Belletete, Samantha <sbellete@ttuhsc.edu>
**Sent:** Wednesday, July 23, 2025 4:51 PM
**To:** Toy, Eugene <Eugene.Toy@ttuhsc.edu>; Rajani, Rajiv <rrajani@ttuhsc.edu>; Gonzalez, Arlene <Arlene.Gonzalez@ttuhsc.edu>
**Cc:** Raya, Talia <Talia.Raya@ttuhsc.edu>; De Leon, Ingrid <indeleon@ttuhsc.edu>; Favela, Adriana <Adriana.Favela@ttuhsc.edu>; Gonzalez, Daniel <Daniel.Gonzalez@ttuhsc.edu>; Villa, Crystal <cryvilla@ttuhsc.edu>; Complaint and Grievances <complaintsandgrievances@ttuhsc.edu>
**Subject:** New Grievance RC 350 - OBGYN - Medical Director to respond

Medical Director to respond by 7/30

HIPAA

Name: [redacted]
DOB: [redacted]
Phone: [redacted]

- [redacted] had an appointment at 9am this morning in OBGYN.
- An NP/Student (dark complexion, dark black hair and glasses) was the first to meet her to do her initial assessment.
- He asked her questions about her current relationship status, previous relationships, whether or not she had been in a three-some, if her boyfriend would get mad at him if he felt her abdomen, that she had nice abs and used the phrase "would your boyfriend get made at me if…" throughout the intake process.
- He also asked if he could perform the pap smear, but she denied the request as she wanted the RN to complete the procedure.
- When she was asked if the student could stay and watch the procedure for training purposes, she agreed and didn't really mind.

Clinical Affairs
4801 Alberta Ave | El Paso, TX 79905
O: 915-215-5770
Texas Tech Physicians of El Paso
www: ttpelpaso.com

TEXAS TECH PHYSICIANS
OF EL PASO

Privacy/Confidentiality Notice: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**Martin, Charmaine**

| | |
|---|---|
| **From:** | Toy, Eugene |
| **Sent:** | Thursday, July 24, 2025 11:03 AM |
| **To:** | Martin, Charmaine |
| **Cc:** | Reddy, Sireesha |
| **Subject:** | FW: attorney/client privileged communication RE: New Grievance RC 350 - OBGYN - Medical Director to respond |

552.107

FYI

[redacted]

[redacted]

**From:** Raya, Talia <Talia.Raya@ttuhsc.edu>
**Sent:** Thursday, July 24, 2025 9:05 AM
**To:** Belletete, Samantha <sbellete@ttuhsc.edu>; Toy, Eugene <Eugene.Toy@ttuhsc.edu>; Rajani, Rajiv <rrajani@ttuhsc.edu>; Gonzalez, Arlene <Arlene.Gonzalez@ttuhsc.edu>
**Cc:** De Leon, Ingrid <indeleon@ttuhsc.edu>; Favela, Adriana <Adriana.Favela@ttuhsc.edu>; Gonzalez, Daniel <Daniel.Gonzalez@ttuhsc.edu>; Villa, Crystal <cryvilla@ttuhsc.edu>; Complaint and Grievances <complaintsandgrievances@ttuhsc.edu>; Komarek, Suzanne <Suzanne.Komarek@ttuhsc.edu>
**Subject:** RE: New Grievance RC 350 - OBGYN - Medical Director to respond

Hello All,

This is a very serious accusation, as such I am copying risk management.

In addition, this grievance involves a student I am going to refer this to the Dean of student affairs.

In the medical record, we have no mentioned of the student being in the examination. Dr. Toy can you please ask NP Alejandra Cabral if there was a student present in the examination?

Thank you,

**Talia Raya, MBA**
Director of Quality Improvement

Texas Tech University Health Sciences Center El Paso
4801 Alberta Ave. El Paso, TX 79905
O: 915-215-5903
ttuhscep.edu | give2.ttuhscep.edu

**From:** Belletete, Samantha <sbellete@ttuhsc.edu>
**Sent:** Wednesday, July 23, 2025 4:51 PM
**To:** Toy, Eugene <Eugene.Toy@ttuhsc.edu>; Rajani, Rajiv <rrajani@ttuhsc.edu>; Gonzalez, Arlene <Arlene.Gonzalez@ttuhsc.edu>
**Cc:** Raya, Talia <Talia.Raya@ttuhsc.edu>; De Leon, Ingrid <indeleon@ttuhsc.edu>; Favela, Adriana <Adriana.Favela@ttuhsc.edu>; Gonzalez, Daniel <Daniel.Gonzalez@ttuhsc.edu>; Villa, Crystal <cryvilla@ttuhsc.edu>; Complaint and Grievances <complaintsandgrievances@ttuhsc.edu>
**Subject:** New Grievance RC 350 - OBGYN - Medical Director to respond

Medical Director to respond by 7/30

HIPAA

Name: [redacted]
DOB:
Phone:

- [redacted] had an appointment at 9am this morning in OBGYN.
- An NP/Student (dark complexion, dark black hair and glasses) was the first to meet her to do her initial assessment.
- He asked her questions about her current relationship status, previous relationships, whether or not she had been in a three-some, if her boyfriend would get mad at him if he felt her abdomen, that she had nice abs and used the phrase "would your boyfriend get made at me if…" throughout the intake process.
- He also asked if he could perform the pap smear, but she denied the request as she wanted the RN to complete the procedure.
- When she was asked if the student could stay and watch the procedure for training purposes, she agreed and didn't really mind.
- Very soon after she left the clinic, the student requested to follow her on Instagram (photo below) and sent her messages that made her feel uncomfortable.
    - She does not have screenshots of the messages as he apparently blocked her approximately an hour after sending the request below.
- She has requested that he not interact with her online or in person. She has another appointment in two weeks and doesn't want to interact with him at all.




Kind regards,

**Samantha Belletete**
Senior Administrative Assistant

Clinical Affairs
4801 Alberta Ave | El Paso, TX 79905
O: 915-215-5770
Texas Tech Physicians of El Paso
www: ttpelpaso.com

TEXAS TECH PHYSICIANS
OF EL PASO

Privacy/Confidentiality Notice: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**Martin, Charmaine**

**From:** Welshans, Katelyn
**Sent:** Monday, July 28, 2025 9:11 AM
**To:** Francis, Maureen; Martin, Charmaine
**Subject:** Re: Student concern in gyn clinic

Is that the formal complaint form through student affairs?

---

**From:** Francis, Maureen <Maureen.Francis@ttuhsc.edu>
**Sent:** Friday, July 25, 2025 8:27 PM
**To:** Welshans, Katelyn <Katelyn.Welshans@ttuhsc.edu>; Martin, Charmaine <Charmaine.Martin@ttuhsc.edu>
**Subject:** Re: Student concern in gyn clinic

Hi Katelyn,
Dr Martin has been working on this. I believe she will need a formal referral to the GPC for an egregious breach of professionalism. We were also talking about removing the student from patient care while awaiting the GPC. I'll let Dr Martin respond to this to see the best way to do it.
Thank you,
Maureen

Get Outlook for iOS

---

**From:** Welshans, Katelyn <Katelyn.Welshans@ttuhsc.edu>
**Sent:** Friday, July 25, 2025 6:35:35 PM
**To:** Francis, Maureen <Maureen.Francis@ttuhsc.edu>; Martin, Charmaine <Charmaine.Martin@ttuhsc.edu>
**Subject:** Student concern in gyn clinic

Hi Dr Martin and Dr Francis,
Dr. Toy has included me on the student issue in our clinic stemming from a patient concern. I know it has been escalated far above me that this point as I was only informed this AM. What do I need to do for documentation. Also, do I need to do anything to address this as it is already far above me.

I have asked Dr. Toy to cc me on all email communication to keep me in the loop but please advise me on my next course of action if any.

Thank you,
Katelyn

Get Outlook for Android

**Martin, Charmaine**

| | |
|---|---|
| **From:** | Welshans, Katelyn |
| **Sent:** | Monday, July 28, 2025 10:26 AM |
| **To:** | Martin, Charmaine |
| **Cc:** | Toy, Eugene; Francis, Maureen; Barcenas, Maria |
| **Subject:** | GPC referral |

Dr. Martin,

I would like to submit a formal referral to submit student Vaibhav Duggal to GPC for a egregious breech of professionalism in clinical patient interaction. Below are the details of the encounter with patient name removed for confidentiality. I have supporting emails, documentation and phone call recording provided by Dr. Toy (OB/GYN clinic director) from formal complaint filed by the patient.

- patient had an appointment at 9am this morning in OBGYN.
- An NP/Student (dark complexion, dark black hair and glasses) was the first to meet her to do her initial assessment.
- He asked her questions about her current relationship status, previous relationships, whether or not she had been in a three-some, if her boyfriend would get mad at him if he felt her abdomen, that she had nice abs and used the phrase "would your boyfriend get made at me if..." throughout the intake process.
- He also asked if he could perform the pap smear, but she denied the request as she wanted the RN to complete the procedure.
- When she was asked if the student could stay and watch the procedure for training purposes, she agreed and didn't really mind.
- Very soon after she left the clinic, the student requested to follow her on Instagram (photo below) and sent her messages that made her feel uncomfortable.
  - She does not have screenshots of the messages as he apparently blocked her approximately an hour after sending the request below.
- She has requested that he not interact with her online or in person. She has another appointment in two weeks and doesn't want to interact with him at all.

I have not had the opportunity to speak with the student in person due to clinical obligations and am willing to do so but did not want to delay the GPC referral process. I feel that this student should be removed form clinical patient encounters until investigation is concluded.

Thank you,

Katelyn Welshans

**Martin, Charmaine**

| | |
|---|---|
| **Subject:** | GPC Referral |
| **Location:** | MEB3320 |
| **Start:** | Mon 7/28/2025 10:30 AM |
| **End:** | Mon 7/28/2025 11:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Martin, Charmaine |
| **Required Attendees:** | Duggal, Vaibhav |
| **Importance:** | High |

Vaibhav.

Come by my office at 2:45 PM today so we can discuss your GPC referral.

Thank you,
Dr. Martin

**Martin, Charmaine**

FERPA

| | |
|---|---|
| **From:** | Lange, Richard |
| **Sent:** | Wednesday, July 30, 2025 6:47 PM |
| **To:** | Singh, Namrata |
| **Cc:** | Francis, Maureen; Martin, Charmaine |
| **Subject:** | RE: Vaibhav Duggal |
| **Categories:** | Red Category |

Dear Namrata:

I appreciate you sharing this with me. I also appreciate you participating on the afternoon call.

Thank you,
Rick

**From:** Singh, Namrata <Namrata.Singh@ttuhsc.edu>
**Sent:** Wednesday, July 30, 2025 8:05 AM
**To:** Lange, Richard <Richard.Lange@ttuhsc.edu>
**Cc:** Francis, Maureen <Maureen.Francis@ttuhsc.edu>; Martin, Charmaine <Charmaine.Martin@ttuhsc.edu>
**Subject:** Vaibhav Duggal

Good morning Dr. Lange ,
Mr. Duggal sent me a pic of a letter that Vaibhav left .
I feel that you should be aware .
In addition, [redacted] knows that he met with Dr. Martin but is not sure why .
Namrata

Get Outlook for iOS

---

**From:** Namrata Singh <namratasingh@icloud.com>
**Sent:** Wednesday, July 30, 2025 7:56 AM
**To:** Singh, Namrata <Namrata.Singh@ttuhsc.edu>
**Subject:** Vaibhav

CAUTION: This email originated from outside of TTUHSC. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Muma, Dada,

What I am
I have toyed w
suicide since col
the thought
has always cau

Your love & su
something that
push forward &
of becoming
make you

Sent from my iPhone

**Martin, Charmaine**

| | |
|---|---|
| **From:** | Martin, Charmaine |
| **Sent:** | Monday, July 28, 2025 9:41 PM |
| **To:** | Lange, Richard |
| **Cc:** | Webster, William; Francis, Maureen |
| **Subject:** | Attorney Client Privilege FW: GPC referral |
| **Attachments:** | op7705 (30).pdf; GPAS-Grading_Promotion_and_Academic_Standing_Policy_ (2).pdf |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

552.107

[redacted]

**From:** Welshans, Katelyn <Katelyn.Welshans@ttuhsc.edu>
**Sent:** Monday, July 28, 2025 10:26 AM
**To:** Martin, Charmaine <Charmaine.Martin@ttuhsc.edu>
**Cc:** Toy, Eugene <Eugene.Toy@ttuhsc.edu>; Francis, Maureen <Maureen.Francis@ttuhsc.edu>; Barcenas, Maria <Maria.Barcenas@ttuhsc.edu>
**Subject:** GPC referral

Dr. Martin,

I would like to submit a formal referral to submit student Vaibhav Duggal to GPC for a egregious breech of professionalism in clinical patient interaction. Below are the details of the encounter with patient name removed for confidentiality. I have supporting emails, documentation and phone call recording provided by Dr. Toy (OB/GYN clinic director) from formal complaint filed by the patient.

- patient had an appointment at 9am this morning in OBGYN.
- An NP/Student (dark complexion, dark black hair and glasses) was the first to meet her to do her initial assessment.
- He asked her questions about her current relationship status, previous relationships, whether or not she had been in a three-some, if her boyfriend would get mad at him if he felt her abdomen, that she had nice abs and used the phrase "would your boyfriend get made at me if…" throughout the intake process.
- He also asked if he could perform the pap smear, but she denied the request as she wanted the RN to complete the procedure.

- When she was asked if the student could stay and watch the procedure for training purposes, she agreed and didn't really mind.
- Very soon after she left the clinic, the student requested to follow her on Instagram (photo below) and sent her messages that made her feel uncomfortable.
  - She does not have screenshots of the messages as he apparently blocked her approximately an hour after sending the request below.
- She has requested that he not interact with her online or in person. She has another appointment in two weeks and doesn't want to interact with him at all.

I have not had the opportunity to speak with the student in person due to clinical obligations and am willing to do so but did not want to delay the GPC referral process. I feel that this student should be removed form clinical patient encounters until investigation is concluded.

Thank you,

Katelyn Welshans

7/28/25 GPC referral meeting

Vaibhav Duggal, Charmaine Martin, MD and Maria Cotera (OSA Interim Director)

Dear Vaibhav.

You are being referred to the GPC for an egregious breach of professionalism during clinical patient interaction that occurred on the OB-GYN clerkship last Wednesday. You had an idea of who the patient might be when asked. You went on to describe a patient encounter when you "Realized as a student, you should not have requested to follow the patient {[on Instagram]."

On Wednesday, July 23, 2025. The OB-GYN department received a complaint from a patient that you saw in the ambulatory clinic. The complaints are listed below.

1. You asked a patient about her current relationship status, previous relationships, and whether or not she had been in a "threesome,"
2. You asked the patient if her "boyfriend would get mad at him if he felt her abdomen, this phrase was asked multiple times during the exam. You also told her she had nice abs.
3. "Asking to perform her pap smear," According to the complaint, the patient agreed to let you stay to watch, but not perform the procedure.
4. Soon after leaving the clinic, you requested to follow her on Instagram and sent her messages that made her feel uncomfortable.

I asked if you had pictures or screenshots of anything you sent because it might help flesh out your side of the story. You stated you did not have any message.

**Until your GPC appearance.**

1. You are temporarily requested not to see any patients in hospital or clinics, this includes at any school-sponsored events or as a TTUHSC EP/TTHEP medical student volunteer. We will attempt to arrange a GPC meeting sooner than 8/15/25.
    a. You will have a chance to make up any missed activities before starting year 4 pending the GPC meeting.
2. Do not contact the patient who made the complaint. This includes having someone contact her on your behalf.
3. Do not contact the GPC members prior to or after the meeting
    a. Drs. Pedro Maldonado, Michael Parsa, Jude Abadie, Claudia Didia, Roger Skiles, Nathan Holland, Colby Genrich)
4. Complete all of your assignments that do not involve patient care.
5. You can attend the didactics virtually; the link will be found in Elentra.
6. Please contact the school counseling services to help you navigate this challenging time. https://ttuhscep.edu/studentservices/student-support-center/default.aspx




7. Your GPC presentation options. These are recommendations and the final decision is yours in conjunction with your college mentor or a trusted faculty advisor/mentor.
    a. The GPC meeting can be in person or WebEx
    b. The OSA will review your entire academic and professional history since matriculation with the committee.
    c. We will review the complaint from the OB GYN clerkship as listed above (Drs. Toy and Welshans may also address the committee)
    d. You will then be invited into the meeting to address the committee
8. Options for your presentation- PowerPoint, handouts or notes to speak
    a. Introduce yourself
    b. Explain to the committee why are your there (patient complaints)
    c. Give your explanation regarding the complaints? Be accountable and honest.
    d. What is your plan for this never occurring again?
        i. You need to have a good plan that works for you and be convincing to the GPC that you are sorry this happened and it will never happen again. You can add anything else in your plan that you feel is necessary for the committee to hear.
    e. Humbly request the GPC allow you to start your clinical work again and make up any time while waiting for the investigation.
        i. You can request anything else you want.
    f. The committee may ask you questions and you can ask the committee questions.

g. See the excerpt from the GPAS policy below regarding the possible GPC outcomes. (Blue arrows)

h. After the committee's recommendations are given in a letter and you are not in agreement, you will have five days to appeal to the Dean or his designee. That Due Process was not followed.

Below are excerpts from the GPAS policy, I have attached the actual policy to the email. (June 2025 version)

| | |
|---|---|
| **v. Professionalism concern** | • A student referred to the GPC based on a professionalism concern may be placed on **academic warning** or academic **probation** based on the GPC's review of the specific concern(s) and the student's overall academic record. As professionalism is an essential component of the school's academic program (see the PLFSOM medical education policy on program goals and objectives), the GPC may issue directives solely based on professionalism concerns (regardless of the student's performance related to other educational program goals and objectives)<br>• GPC recommendations may include individual remediation*, delayed progression to Year 4, repeat of Year 3, delay of graduation, or dismissal |

*ies are subject to revision. Refer to the Office of Medical Education Website or contact the Office of Medical ation to ensure that you are working with the current version.*

*10*

TEXAS TECH UNIVERSITY
HEALTH SCIENCES CENTER.
EL PASO
Paul L. Foster School *of* Medicine

| | |
|---|---|
| | GPC may recommend a formal notation in the professionalism sections on the MSPE<br>• Refer to policy HSCEP OP 10.20 for requirements regarding criminal record information/updates available at: https://elpaso.ttuhsc.edu/opp/_documents/10/op1020.pdf. |

2. *Students cannot earn clerkship phase elective credit for GPC-required remediation(s)

Let me know if you have any questions.

Thank you,

Dr. Martin

**Sierra, Andrea**

---

**From:** Cotera, Maria
**Sent:** Monday, July 28, 2025 4:26 PM
**To:** Martin, Charmaine
**Subject:** Professionalism Concern Meeting V. Duggal.docx
**Attachments:** Professionalism Concern Meeting V. Duggal.docx

552.107

**Martin, Charmaine**

| | |
|---|---|
| **From:** | Toy, Eugene |
| **Sent:** | Thursday, July 24, 2025 10:59 AM |
| **To:** | Martin, Charmaine |
| **Cc:** | Reddy, Sireesha |
| **Subject:** | FW: New Grievance RC 350 - OBGYN - Medical Director to respond |

Hi Dr. Martin,
After Sireesha and I discussed today, making you aware of this grievance. We are awaiting guidance as we speak from Title IX folks.
ET

[redacted]

**From:** Raya, Talia <Talia.Raya@ttuhsc.edu>
**Sent:** Thursday, July 24, 2025 9:05 AM
**To:** Belletete, Samantha <sbellete@ttuhsc.edu>; Toy, Eugene <Eugene.Toy@ttuhsc.edu>; Rajani, Rajiv <rrajani@ttuhsc.edu>; Gonzalez, Arlene <Arlene.Gonzalez@ttuhsc.edu>
**Cc:** De Leon, Ingrid <indeleon@ttuhsc.edu>; Favela, Adriana <Adriana.Favela@ttuhsc.edu>; Gonzalez, Daniel <Daniel.Gonzalez@ttuhsc.edu>; Villa, Crystal <cryvilla@ttuhsc.edu>; Complaint and Grievances <complaintsandgrievances@ttuhsc.edu>; Komarek, Suzanne <Suzanne.Komarek@ttuhsc.edu>
**Subject:** RE: New Grievance RC 350 - OBGYN - Medical Director to respond

Hello All,

This is a very serious accusation, as such I am copying risk management.

In addition, this grievance involves a student I am going to refer this to the Dean of student affairs.

In the medical record, we have no mentioned of the student being in the examination. Dr. Toy can you please ask NP Alejandra Cabral if there was a student present in the examination?

Thank you,

**Talia Raya, MBA**
Director of Quality Improvement
Texas Tech University Health Sciences Center El Paso
4801 Alberta Ave. El Paso, TX 79905
O: 915-215-5903
ttuhscep.edu | give2.ttuhscep.edu

**From:** Belletete, Samantha <sbellete@ttuhsc.edu>
**Sent:** Wednesday, July 23, 2025 4:51 PM
**To:** Toy, Eugene <Eugene.Toy@ttuhsc.edu>; Rajani, Rajiv <rrajani@ttuhsc.edu>; Gonzalez, Arlene <Arlene.Gonzalez@ttuhsc.edu>
**Cc:** Raya, Talia <Talia.Raya@ttuhsc.edu>; De Leon, Ingrid <indeleon@ttuhsc.edu>; Favela, Adriana <Adriana.Favela@ttuhsc.edu>; Gonzalez, Daniel <Daniel.Gonzalez@ttuhsc.edu>; Villa, Crystal <cryvilla@ttuhsc.edu>; Complaint and Grievances <complaintsandgrievances@ttuhsc.edu>
**Subject:** New Grievance RC 350 - OBGYN - Medical Director to respond

Medical Director to respond by 7/30

HIPAA

Name: [redacted]
DOB:
Phone:

- [redacted] had an appointment at 9am this morning in OBGYN.
- An NP/Student (dark complexion, dark black hair and glasses) was the first to meet her to do her initial assessment.
- He asked her questions about her current relationship status, previous relationships, whether or not she had been in a three-some, if her boyfriend would get mad at him if he felt her abdomen, that she had nice abs and used the phrase "would your boyfriend get made at me if…" throughout the intake process.
- He also asked if he could perform the pap smear, but she denied the request as she wanted the RN to complete the procedure.
- When she was asked if the student could stay and watch the procedure for training purposes, she agreed and didn't really mind.

- Very soon after she left the clinic, the student requested to follow her on Instagram (photo below) and sent her messages that made her feel uncomfortable.
    - She does not have screenshots of the messages as he apparently blocked her approximately an hour after sending the request below.
- She has requested that he not interact with her online or in person. She has another appointment in two weeks and doesn't want to interact with him at all.




Kind regards,

**Samantha Belletete**
Senior Administrative Assistant

Clinical Affairs
4801 Alberta Ave | El Paso, TX 79905
O: 915-215-5770
Texas Tech Physicians of El Paso
www: ttpelpaso.com

TEXAS TECH PHYSICIANS
OF EL PASO

Privacy/Confidentiality Notice: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.