Mari 7. 3:44pm
☐ DIDACTICS Friday
☐ Reach out to members
☐ Dr. Singh college Mentor
☐ GPAS policy VD

EXHIBIT 9

**Martin, Charmaine**

| | |
|---|---|
| **From:** | Welshans, Katelyn |
| **Sent:** | Monday, July 28, 2025 10:26 AM |
| **To:** | Martin, Charmaine |
| **Cc:** | Toy, Eugene; Francis, Maureen; Barcenas, Maria |
| **Subject:** | GPC referral |

"Realized not ok as a student not to follow her"

"Hi. Nice to meet you."

"Nothing else"

Dr. Martin,

I would like to submit a formal referral to submit student Vaibhav Duggal to GPC for a egregious breech of professionalism in clinical patient interaction. Below are the details of the encounter with patient name removed for confidentiality. I have supporting emails, documentation and phone call recording provided by Dr. Toy (OB/GYN clinic director) from formal complaint filed by the patient.

- patient had an appointment at 9am this morning in OBGYN.
- An NP/Student (dark complexion, dark black hair and glasses) was the first to meet her to do her initial assessment. ∴ 2° to STD screening ∴ STD screening!
- He asked her questions about her current relationship status, previous relationships, whether or not she had been in a three-some, if her boyfriend would get mad at him if he felt her abdomen, that she had nice abs and used the phrase "would your boyfriend get made at me if…" throughout the intake process. "Boyfriend jealous type"
- He also asked if he could perform the pap smear, but she denied the request as she wanted the RN to complete the procedure. "NP asked for student to perform"
- When she was asked if the student could stay and watch the procedure for training purposes, she agreed and didn't really mind.
- Very soon after she left the clinic, the student requested to follow her on Instagram (photo below) and sent her messages that made her feel uncomfortable. PE: "You can follow me on instagram"
  - She does not have screenshots of the messages as he apparently blocked her approximately an hour after sending the request below.
- She has requested that he not interact with her online or in person. She has another appointment in two weeks and doesn't want to interact with him at all.

I have not had the opportunity to speak with the student in person due to clinical obligations and am willing to do so but did not want to delay the GPC referral process. I feel that this student should be removed form clinical patient encounters until investigation is concluded.

Thank you,

Katelyn Welshans

Learned from lesson.
continue or Dismissal
consequences

① Removed from patient care.
② OB GYN Clinic →
GPAS
→ make up
Sanctions on MSPE
→ Fail OB GYN
→ ~~Dismissal.~~
∘ patient
∘ contact NP +
∘ complete assignment
∘ required volunteering

Never happen again

← Work from personal life →




X

TMB ®



• CHAPARONED

•

Dr Pedro Maldonado
Dr Parsa
Dr Abadie
Dr Didia
Dr Skiles
Dr Holland
Dr Geirich

GPC

- in person / WebEx
- Review of Academic History OSA
- Complaint OB/GYN
  - Dr Toy
  - Dr. Welsham

• VD → invite
- Who you are
- Why there pt. complaint
- What happened

Request to committee members
1) Be allowed to finish
2) Assure members this never happens

- PLAN → wait chaperone
→ never reach to patient
friendly/ chatting

Texas Tech Health
EL PASO
Foster School of Medicine Student Affairs

07/28/2025

**Professionalism Concern Meeting**

Attendees: Virbhav Duggal, Dr. Martin, Mari Cotera – Note taker.
Location: Dr. Martin's Office

Virbhav Duggal was called in by Dr. Martin to address a report of egregious breach in professionalism towards a patient during his ObGyn rotation, Wednesday, July 23, 2025.

Dr. Martin did not go into details of the report made by the pt. She asked the student if he remembered seeing a female pt. during his rotation on Wednesday; student did remember.

Dr. Martin asked the student to tell her in his words how to whole interaction go. Student explained that the pt. seemed nervous. She showed him a picture of her boyfriend and then he showed her a picture of his girlfriend; and they talked about their significant others a bit.

Pt. said her boyfriend was very jealous of her having male friends. Student said he did ask the pt. if it would be an issue with her boyfriend if he did the pelvic exam, or if she'd rather be examined by the NP. He also stated that when the NP asked the pt. if she could examine her – student was still in the room -, the pt. turned to the NP and then to the student a couple of times, as if she were nervous. Then, student said the NP told the pt. that it was ok, the student didn't have to be in the room.

Student mentioned that the pt. was in for STD screening. That the pt. mentioned she went to the gym, and he told her she had "nice abs".

Student stated when pt. left, he said good bye, maybe they would see each other around since she's a nurse, and that is when the pt. said you can follow me on Instagram, and he did.

Student stated by around 10 pm he realized that this was unprofessional behavior and unfollowed the pt. He states he has never ever reached out to any patients before, and that he did not contact the pt. in question via txt, IM, or any other means.

Student stated he has received Excels in Professionalism on all his Clerkship interactions so far.

Dr. Martin told him he will be removed from all patient care and contact until after he meets with the GPC (8/15/25 – sooner if possible). Meanwhile, student can continue to turn in assignments and Dr. Martin will check to see if the Clerkship Administration allows him to attend didactics.

Dr. Martin stressed at least 8 times that the student in NOT to have patient contact of any kind in any clinic or hospital – required or other kind-, and that he is NOT to contact the patient or the NP from that patient encounter. She told the student reputedly that he is on a temporary LOA with NO patient contact. She asked the student to reach out to his advisor (Dr. Singh) for help and support for his GPC presentation.

Dr. Martin explained what is expected of him for his presentation before GPC, and what he can expect of the meeting. She outlined all possible outcomes, from this showing up on his MSPE, to the GPC opting for dismissal. She mentioned the Off. of Student Affairs Deans have no vote in these proceedings.

She referred the student to the 215-TALK hotline to get help for this stressful situation, and for support.

See my attached notes
[signature] Martin
7/28/25

[signature] Mari Cotera

(1) Wednesday
July 23, 2025

There was a formal complaint by a patient to Senior Administrative Assistant in the OB/GYN department. on a third year student in the clerkship.

The patient had an appt @ 9am in OB/GYN
A student did her initial assessment.
He asked questions about her current relationship status & previous relationships

- whether or not she was in a threesome
- if her boyfriend would get mad at him if she felt her abdomen
- would continue to use the phrase would your boyfriend get mad at me if ... throughout entire process.
- you have nice abdo.
- ~~When~~ He asked if ~~she would mind~~
- He could perform the PAP smear. but she denied
- Gave ok for him to watch the procedure.
- Very soon after she left the clinic he requested to follow her on Instagram (photo) app sent messages that made her uncomfortable
- He blocked her one hour after receiving those message (no pics)
- She requested no interaction in person or online

- Very soon after she left the clinic, the student requested to follow her on Instagram (photo below) and sent her messages that made her feel uncomfortable.
  - She does not have screenshots of the messages as he apparently blocked her approximately an hour after sending the request below.
- She has requested that he not interact with her online or in person. She has another appointment in two weeks and doesn't want to interact with him at all.




Kind regards,

**Samantha Belletete**
Senior Administrative Assistant

**Martin, Charmaine**

| | |
|---|---|
| **From:** | Martin, Charmaine |
| **Sent:** | Monday, July 28, 2025 11:36 PM |
| **To:** | Duggal, Vaibhav |
| **Subject:** | GPC referral |
| **Attachments:** | V Duggal_ C Martin Meeting notes.pdf; GPAS-Grading_Promotion_and_Academic_Standing_Policy_ (2).pdf; PGO_25-26 (1).pdf |
| **Importance:** | High |

Dear Vaibhav.

Please see attached meeting notes for a review of what we discussed. Let me know if you have questions.

I have attached the GPAS Policy and the Educational Program Goals and Objectives for your reference.

As you are navigating this process here is the link to counseling services to help you navigate this challenging time. https://ttuhscep.edu/studentservices/student-support-center/default.aspx
We gave you the number of 915-215 TALK (8255)

I will keep you updated on the GPC meeting.

Thank you,
Dr. Martin

**Charmaine A. Martin, MD**
Associate Dean | Office of Student Affairs for Paul L. Foster SOM
Associate Professor | Family and Community Medicine
Student Affairs: O: 915.215.5398| F: 915.783.5137
MEB 3321 5001 El Paso Dr. | El Paso, Texas 79905
Family Medicine Clinic: 915.215.5500 | F: 915.215.8652
9849 Kenworthy St. | El Paso, Texas 79924

SUPPORT A SAFE LEARNING ENVIRONMENT
REPORT MISTREATMENT

elpaso.ttuhsc.edu | www.give2tech.com

A Values-BASED CULTURE
Dedicated to Excellence. Committed to Care.
SERVICE ADVANCEMENT TEAMWORK ACCOUNTABILITY INTEGRITY RESPECT

Privacy/Confidentiality Notice: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

7/28/25 GPC referral meeting

Vaibhav Duggal, Charmaine Martin, MD and Maria Cotera (OSA Interim Director)

Dear Vaibhav.

You are being referred to the GPC for an egregious breach of professionalism during clinical patient interaction that occurred on the OB-GYN clerkship last Wednesday. You had an idea of who the patient might be when asked. You went on to describe a patient encounter when you "Realized as a student, you should not have requested to follow the patient {[on Instagram]."

On Wednesday, July 23, 2025. The OB-GYN department received a complaint from a patient that you saw in the ambulatory clinic. The complaints are listed below.

1. You asked a patient about her current relationship status, previous relationships, and whether or not she had been in a "threesome,"
2. You asked the patient if her "boyfriend would get mad at him if he felt her abdomen, this phrase was asked multiple times during the exam. You also told her she had nice abs.
3. "Asking to perform her pap smear," According to the complaint, the patient agreed to let you stay to watch, but not perform the procedure.
4. Soon after leaving the clinic, you requested to follow her on Instagram and sent her messages that made her feel uncomfortable.

I asked if you had pictures or screenshots of anything you sent because it might help flesh out your side of the story. You stated you did not have any message.

**Until your GPC appearance.**

1. You are temporarily requested not to see any patients in hospital or clinics, this includes at any school-sponsored events or as a TTUHSC EP/TTHEP medical student volunteer. We will attempt to arrange a GPC meeting sooner than 8/15/25.
    a. You will have a chance to make up any missed activities before starting year 4 pending the GPC meeting.
2. Do not contact the patient who made the complaint. This includes having someone contact her on your behalf.
3. Do not contact the GPC members prior to or after the meeting
    a. Drs. Pedro Maldonado, Michael Parsa, Jude Abadie, Claudia Didia, Roger Skiles, Nathan Holland, Colby Genrich)
4. Complete all of your assignments that do not involve patient care.
5. You can attend the didactics virtually; the link will be found in Elentra.
6. Please contact the school counseling services to help you navigate this challenging time. https://ttuhscep.edu/studentservices/student-support-center/default.aspx




7. Your GPC presentation options. These are recommendations and the final decision is yours in conjunction with your college mentor or a trusted faculty advisor/mentor.
    a. The GPC meeting can be in person or WebEx
    b. The OSA will review your entire academic and professional history since matriculation with the committee.
    c. We will review the complaint from the OB GYN clerkship as listed above (Drs. Toy and Welshans may also address the committee)
    d. You will then be invited into the meeting to address the committee
8. Options for your presentation- PowerPoint, handouts or notes to speak
    a. Introduce yourself
    b. Explain to the committee why are your there (patient complaints)
    c. Give your explanation regarding the complaints? Be accountable and honest.
    d. What is your plan for this never occurring again?
        i. You need to have a good plan that works for you and be convincing to the GPC that you are sorry this happened and it will never happen again. You can add anything else in your plan that you feel is necessary for the committee to hear.
    e. Humbly request the GPC allow you to start your clinical work again and make up any time while waiting for the investigation.
        i. You can request anything else you want.
    f. The committee may ask you questions and you can ask the committee questions.

g. See the excerpt from the GPAS policy below regarding the possible GPC outcomes. (Blue arrows)

h. After the committee's recommendations are given in a letter and you are not in agreement, you will have five days to appeal to the Dean or his designee. That Due Process was not followed.

Below are excerpts from the GPAS policy, I have attached the actual policy to the email. (June 2025 version)

| | |
|---|---|
| **v. Professionalism concern** | • A student referred to the GPC based on a professionalism concern may be placed on **academic warning** or academic **probation** based on the GPC's review of the specific concern(s) and the student's overall academic record. As professionalism is an essential component of the school's academic program (see the PLFSOM medical education policy on program goals and objectives), the GPC may issue directives solely based on professionalism concerns (regardless of the student's performance related to other educational program goals and objectives)<br>• GPC recommendations may include individual remediation*, delayed progression to Year 4, repeat of Year 3, delay of graduation, or dismissal |

*ies are subject to revision. Refer to the Office of Medical Education Website or contact the Office of Medical ation to ensure that you are working with the current version.*

*10*

TEXAS TECH UNIVERSITY
HEALTH SCIENCES CENTER
EL PASO
Paul L. Foster School *of* Medicine

| | |
|---|---|
| | GPC may recommend a formal notation in the professionalism sections on the MSPE<br>• Refer to policy HSCEP OP 10.20 for requirements regarding criminal record information/updates available at: https://elpaso.ttuhsc.edu/opp/_documents/10/op1020.pdf. |
| *Students cannot earn clerkship phase elective credit for GPC-required remediation(s) | |

2.

Let me know if you have any questions.

Thank you,

Dr. Martin

TEXAS TECH UNIVERSITY
HEALTH SCIENCES CENTER.
EL PASO

Paul L. Foster School *of* Medicine

# Medical Education Program Policy

| | | | | | |
|---|---|---|---|---|---|
| **Policy Name:** | **Grading, Promotion, and Academic Standing (GPAS)** | | | | |
| **Policy Domain:** | Medical Student Grading, Promotion, and Academic Standing | | **Refers to LCME Element(s):** | 9.9 | |
| **Approval Authority:** | Curriculum and Educational Policy Committee (CEPC) | **Adopted:** | March 2019 | **Date Last Reviewed:** | October 2022 |
| **Responsible Executive:** | Associate Dean for Medical Education | **Date Last Revised:** | October 2022; July 2023; May 2025, June 2025 | | |
| **Responsible Office:** | Office of Medical Education | **Contact:** | Mirjana Babic, M.P.A. mbabic@ttuhsc.edu | | |

1. **Policy Statement:** This document defines the school's expectations and practices related to the determination of student grades, promotion, and academic standing.

2. **Reason for Policy:** The purpose of this policy is to guide the faculty and its relevant committees in their administration of student grades, promotion, and academic standing.

3. **Who Should Read this Policy:** All PLFSOM educational program leaders, including the dean, the vice president for academic affairs, all academic officers of the Office of Medical Education and Office of Student Affairs, all course/clerkship directors and assistant directors, and all members of the following standing faculty committees: the Committee on Curriculum and Educational Policy (CEPC), the Committee on Student Grading and Promotion (GPC), the Sub-Committee on Evaluation of Educational Programs, and the Committee on Student Affairs. This policy is included in the student handbook and should be read by all students.

4. **Resources:** This policy is administratively maintained by the PLFSOM Office of Medical Education, and further supported by the Office of Student Affairs. As described below, the Committee on Student Grading and Promotion has especially extensive responsibility for adherence to and application of this policy.

5. **The Policy (Introduction):**
    a. **Grading**: Every student has a right to a course grade that represents the faculty's good faith judgment of the student's academic performance. A student's grade in every course is based upon performance, professional behavior, and/or participation in any activities as may be applicable to that course as described in its syllabus. Responsibility for student assessment and grading rests with the course faculty. Faculty members have an obligation to the students, the school, and the public to award passing grades only to those students who have demonstrated the knowledge, skills, attitudes, and conduct defined by the MD degree program's educational goals and objectives, the PLFSOM technical standards for admission, retention, and graduation ('Technical Standards') and by other school and institutional policies related to attendance, participation, assessment, and conduct.

    b. **Promotion/Student Advancement (referring to LCME accreditation element 9.9)**: Every student achieving all of the academic, technical non-academic, and professional standards of the courses and curricular phase in which they are enrolled is entitled to be promoted according to the MD degree plan as outlined in the school's academic catalog. Responsibility for monitoring and recommending students for promotion and graduation based on their academic and professional progress rests with the Committee on Student Grading and Promotion (GPC).

The GPC has an obligation to the students, the school, and the public to allow a student to be promoted, and to graduate, only when they have demonstrated the knowledge, skills, attitudes, and conduct defined by the MD-degree-program's educational goals and objectives, the PLFSOM standards for curricular completion ('Technical Standards') and by other school and institutional policies related to attendance, participation, assessment, and conduct. This obligation specifically includes preventing the promotion and graduation of students who demonstrate unacceptable behavior or conduct in the care of patients, in relationships with faculty, residents, staff, and peers, and/or in their public life. A student may be dismissed if the GPC determines that the student's academic and/or professional performance is unsatisfactory or that the student is otherwise unfit to continue the study of medicine with information from the physician and student well-being committee along with the Paul L Foster School of Medicine technical standards for admission, retention, and graduation.

c. **Good academic standing**: Students on academic probation as defined below in Sections 9 (pre-clerkship phase) and 11 (clerkship phase) are not in good academic standing. Students on academic warning as defined in Sections 9 (pre-clerkship) and 11 (Clerkship) are still considered to be in good academic standing unless otherwise specified by the GPC.
   i. Students on probation are not permitted to enroll in any additional or supplemental elective courses or programs, or to serve as an officer for a school-sponsored student committee or organization. Students on probation are required to withdraw from any additional or supplemental elective courses or programs, and to resign from any ongoing service as an officer for any school-sponsored student committees, organizations or leadership roles.
   ii. Students on academic warning are required to critically review and reduce their extracurricular activities (leadership roles, supplemental curricula, and/or volunteerism), and required to seek approval of their plans in this regard from the associate dean for student affairs or their designee. This review is to be documented and retained by the associate dean of student affairs or their designee. Non-adherence to an approved plan may result in referral of the student to the GPC for a review of their academic status based on a professionalism concern.

d. **Leave of Absence:** Students on leave of absence with interruption of enrollment are required to resign from any ongoing service as an officer for any school-sponsored student committees, organizations or leadership roles. Participation in volunteer activities must be approved by the associate dean for student affairs or their designee. For more information regarding Leave of Absence (LOA) with and without interruption of enrollment, please refer to the Student Leave of Absence and Suspensions Policy HSCEO OP 77.05 Policy.

**6. Responsibilities for the operational/day-to-day monitoring of student progress**

The associate dean for student affairs in conjunction with the college mentors, the associate dean for medical education, the assistant dean for the pre-clerkship phase, and the assistant dean for the clerkship phase are responsible for the operational/day-to-day monitoring of the medical students and will refer students to appropriate academic or personal counseling services when indicated.

**7. Responsibilities of the Committee on Student Grading and Promotion (GPC)**

The GPC is a standing committee of the PLFSOM Faculty Council, defined and governed by the PLFSOM Faculty Bylaws, and with fundamental responsibilities as outlined in Section 5 above. The GPC is not a policy making body, but it applies policies related to grading and promotion as approved by the Committee on Curriculum and Educational Policy (another standing committee of the PLFSOM Faculty Council). The Office of Student Affairs provides administrative support to the GPC and maintains the committee's meeting minutes and other records. Students are notified from the Office of Student Affairs in writing if they are expected to meet with the GPC to discuss their performance in relation to the school's academic, non-academic (technical), and professional standards. Students are required to meet with the associate dean of student affairs and/or the assistant dean of student affairs to prepare for the GPC meeting. The chair of the GPC composes the committee's recommendation(s) letter that individually notifies affected students of any decisions by the

committee related to their academic status, and the student's college mentors, the director of academic support, the associate dean for student affairs, the assistant dean for students affairs, the associate dean for medical education, the respective assistant deans for pre-clerkship or clerkship phase, and the dean (or their designee) receive a copy. In addition, a copy of this document shall be retained in the student's permanent record. The proceedings of the GPC are confidential, in accordance with the Family Educational Rights and Privacy Act of 1974 (FERPA).

a. **Guidelines for GPC deliberations and determinations regarding a student's academic status**
   i. A quorum shall consist of one-half (1/2) of the Committee on Student Grading and Promotion voting members.
   ii. All committee decisions requiring a vote are determined by a simple majority vote with the chair included as a voting member.
   iii. In conducting individual student reviews, the committee is expected to review the relevant academic outcomes, including professionalism concerns, to consider a student's responses to the specific outcomes and concerns, and act on the committee's findings according to the rules outlined in this policy whenever applicable. In circumstances for which a rule is not specified, the GPC is empowered to make determinations regarding a student's academic status within the institution's general academic policies.

**8. Responsibilities of the Dean**

Initial recommendations and associated actions for each student are delegated to the GPC. The dean or their designee acting as the chief academic officer is responsible for administering the appeals process and rendering final decisions.

**9. Review of pre-clerkship phase coursework**

The GPC reviews pre-clerkship student progress at the end of the fall semester and at the end of each academic year. Completed courses in the pre-clerkship phase of the curriculum use a Pass/Fail grade mode according to HSCEP OP 59.05 (Grading Procedures and Academic Regulations).

Other transcript notations may apply to courses not completed (per HSCEP OP 59.05). Students passing all courses with no professionalism concerns or exceptional circumstances adversely affecting their academic progress are promoted as a cohort according to the MD degree plan (per PLFSOM academic catalog). All other students are designated as either on academic warning or academic probation (see also paragraph 5.c above):

- **Academic Warning**: Students designated as on academic warning have specifically identified academic and/or professional challenges that are potentially remediable within the current academic year or prior to progression to the next academic phase. Unless specifically modified by the GPC, this status persists until all associated academic and/or professional performance deficiencies are satisfactorily resolved, at which point the student is no longer designated as on academic warning.
- **Academic Probation**: Academic probation is a formal designation and is recorded on the Medical Student Performance Evaluation (MSPE) at the discretion of the Grading and Promotions Committee. Students on academic probation have specifically identified academic and/or professional deficits that are not remediable within the current academic year or prior to progression to the next academic phase. In most instances of academic probation students will be required to repeat a year or complete a revised curriculum plan that is less than one year in duration. This needs to be considered in conjunction with the Leaves of Absence and Suspensions Policy HSCEP OP: 77.05. Unless specifically modified by the GPC, the designation of academic probation persists until satisfactory completion of the repeat year, at which point the student is on academic warning until satisfactory completion of the pre-clerkship phase of the curriculum. At the discretion of the GPC, a student placed on academic probation for professionalism concerns may be permitted to progress without repeating the year. The designation of probation will remain until the GPC determines that the professionalism issue has been satisfactorily addressed and remediated.

All students referred to the GPC are subject to individualized GPC reviews that incorporate the student's current and accumulated academic performance since matriculation, any professionalism notations/concerns, compliance with educational program expectations (per program policies and as may be individually specified by the GPC), and any exceptional circumstances affecting the student's academic performance. In most cases a student's academic warning or probation status is automatically determined by their circumstances as outlined below. However, students initially designated as on academic warning shall be re-designated as on

academic probation if the GPC determines that repeat of the year or a revised curriculum plan is necessary.

**Note regarding pre-clerkship phase deferred/temporary grade resolution and course remediation plans**: Standard plans for the resolution of deferred/temporary course grades are specified by course syllabi. When individualized course (or course component) remediation is a consideration, the course director shall propose a plan for GPC review and approval.

**a. Fall Semester Review**

| **Table 9.a Pre-Clerkship Phase Fall Semester Review Rules** | |
|---|---|
| The GPC will consider all pre-clerkship phase students after the end of the fall semester. Students will be placed on academic warning or academic probation and reviewed by the GPC according to the following rules: | |
| If: | Then: |
| **i. Deferred/temporary grade in one course:** | |
| SPM | |
| • One SPM unit failed on the first attempt | **Academic warning**, referral to the GPC at the discretion of the SPM course director, the assistant dean for the pre-clerkship phase, and/or the associate dean for medical education (for consideration of individual remediation or repeat of the year) |
| • Two SPM units failed on the first attempt | **Academic warning** referral to the GPC at the discretion of the SPM course director, the assistant dean for the pre-clerkship phase, and/or the associate dean for medical education (for consideration of individual remediation or repeat of the year, if eligible). |
| SCI or Medical Skills or Colloquium | **Academic warning**, referral to the GPC at the discretion of the course director and/or associate dean for medical education (for consideration of individual remediation or repeat of the year) |
| **ii. Deferred/temporary grade in two courses:** | |
| One SPM unit <u>and</u> one of the following: SCI, Medical Skills, <u>or</u> Colloquium | **Academic warning** and referral to the GPC at the discretion of the relevant course directors, the assistant dean for the pre-clerkship phase and/or the associate dean for medical education (for consideration of individual remediation, repeat of the year, or dismissal) |
| Two SPM units <u>and</u> one of the following: SCI, Medical Skills, <u>or</u> Colloquium | **Academic probation** and referral to the GPC for consideration of repeat of the year or dismissal |
| Any two of the following: SCI, Medical Skills, <u>or</u> Colloquium | Referral to the GPC for determination of at-risk status (**academic warning or academic probation**) and for consideration of individual remediation, repeat of the year, or dismissal |
| **iii. Deferred/temporary grade in three or more courses:** | |
| Any combination of three or four of the following: SPM, SCI, Medical Skills, or Colloquium | **Academic probation** and referral to the GPC for consideration of repeat of the year or dismissal |

| | |
|---|---|
| **iv. Failure of one course:** | |
| SPM (failure of one unit leading to failure of the course), SCI, Medical Skills, or Colloquium | **Academic probation** and referral to the GPC for consideration of individual remediation, repeat of the year or dismissal |
| **v. Failure of multiple courses:** | |
| Any combination of two or more courses (SPM, SCI,Medical Skills, and/or Colloquium) | **Academic probation** and referral to the GPC for consideration of repeat of the year or dismissal |
| **vi. Professionalism concerns** | A student referred to the GPC based on a professionalism concern may be placed on **academic warning** or **probation** based on the GPC's review of the specific concern(s) and the student's overall academic record. GPC considerations may include individual remediation, repeat of the year, or dismissal, and possible referral to the Physician and Student Well Being Committee (PSWBC). As professionalism is an essential component of the school's academic program (see the PLFSOM medical education program goals and objectives and the PLFSOM technical standards), the GPC may issue directives solely based on professionalism concerns (regardless of the student's performance related to other educational program goals and objectives)<br><br>Refer to policy HSCEP OP 10.20 for requirements regarding criminal record information/updates available at: https://elpaso.ttuhsc.edu/opp/_documents/10/op1020.pdf |

**b. Year End Review**

| **Table 9.b Pre-Clerkship Year End Review Rules** | |
|---|---|
| The committee will consider all pre-clerkship phase students after the end of the academic year. Students will be placed on academic warning or academic probation and reviewed by the GPC according to the following rules: | |
| If: | Then: |
| **i. Not already on academic warning or academic probation based on prior performance** | Criteria per Section 9.a (see above) applies |
| **ii. Already on academic warning based on prior performance:** | |
| a. Already on academic warning based on fall semester performance in SCI, MS, or Colloquium plus failure of one SPM unit in the spring semester | Continuation of **academic warning**, referral to the GPC at the discretion of the SPM course director, the assistant dean for the Pre-clerkship phase, and/or associate dean for medical education |

*Policies are subject to revision. Refer to the Office of Medical Education Website or contact the Office of Medical Education to ensure that you are working with the current version.*

| | |
|---|---|
| b. Already on academic warning based on one SPM unit failure in the fall semester plus failure of one SPM unit in the spring semester | Continuation of **academic warning** with referral to the GPC at the discretion of the course directors, the assistant dean for the pre-clerkship phase, and/or the associate dean for medical education (for consideration of individual remediation or repeat of the year, if eligible). |
| c. Already on academic warning based on one SPM unit failure in the fall semester plus:<br>• Failure of two SPM units in the spring semester<br>or<br>• Failure of one SPM unit in the spring semester **and** a deferred/temporary grade in one spring semester course including Medical Skills, SCI or Colloquium | **Academic probation**, and referral to the GPC for consideration of repeat of the year or dismissal |
| d. Already on academic warning based on performance in the fall semester of either SCI, MS, or Colloquium plus a deferred/temporary grade in one spring semester course of either SCI, MS, Colloquium | **Continuation of academic warning**, referral to the GPC for consideration of individual remediation, repeat of the year, or dismissal |
| **iii. Failure of any one course in fall or spring semester, including SPM (failure of one unit leading to failure of course), SCI, Medical Skills, or Colloquium** | **Academic probation and referral to the GPC for consideration of individual remediation, repeat of the year or dismissal.**<br><br>**If individualized remediation is allowed by the GPC for failure of one course, then a waiver of Immersion may be granted by the committee.**<br><br>**If the remediation is not successful, the student would be referred back to GPC for repeat of the year or dismissal. Repeat of the year could begin at the end of Immersion if a waiver was granted.** |
| **iv. Failure of multiple courses in fall and/or spring semester:** | |
| e. Any combination of two or more courses (SPM, SCI, Medical Skills, and/or Colloquium) | **Academic probation** and referral to the GPC for consideration of repeat of the year or dismissal |
| **v. Failure to resolve any deferred/temporary grades from the fall and/or spring semester** | **Academic probation**, and referral to the GPC for consideration of **individual remediation** or repeat of the year or dismissal |
| **vi. Professionalism concerns** | Rules as per Section 9.a.vi apply (see above) |
| **vii. Timelines for the resolution of deferred/temporary course grades and/or course remediation:** | |

| | |
|---|---|
| a. Year 1 students | • To advance to Year 2, all Year 1 academic expectations, including passing of the Comprehensive End-of-Year Exam (CEYE), **must be fulfilled a minimum of 2 weeks before the start of orientation for Year 1 of the next academic cycle. Exception may be granted based on section b. iii on page 6.**<br>• Unsuccessful, incomplete, or unattempted resolutions of deferred/temporary grades two weeks before orientation of the 2nd year (timeline as above) will result in a grade of FA (failure) for the associated course or requirement, with no opportunities for remediation other than repeat of the year, if eligible, or dismissal **Exception may be granted based on section b. iii on page 6.** |
| b. Year 2 students | See Section viii.b below |
| **viii. Review based on cumulative end-of-year requirements** (Students are also subject to review based on cumulative end-of-year requirements) | |
| a. Year 1 students: | |
| **Failure of first attempt of the CEYE** | **Academic warning**, referral to the GPC at the discretion of the assistant dean for the pre-clerkship phase, the associate dean for medical education or their designee |
| **Failure of a second attempt of the CEYE** | **Academic probation** and referral to the GPC for consideration of individualized remediation, repeat of the year, if eligible, or dismissal |
| b. Year 2 students: | • Students will be eligible to take Step 1 when the following criteria are met: student has completed all year 2 coursework with no unresolved temporary/deferred grades **AND they have achieved a minimum score of 63 on the end of year or most recent CBSE**<br>• For on-time promotion to the clerkship phase according to the standard degree plan, students completing Year 2 **must take** the USMLE Step 1 exam prior to the first day of orientation for the next Year 3 |
| **Student passes (routinely or through remediation) all pre-clerkship phase courses and is not designated as on academic warning or probation** | If student achieves a score of 63 or greater on the CBSE, then Student is designated as eligible to take the USMLE Step 1 examination<br><br>If student does not achieve a minimum score of 63 on the end of year or most recent CBSE taken before the end of April, then they would be placed on academic warning, be ineligible to take Step 1, ineligible to enroll in Year 3, referred to GPC for review of their progression plan |
| **Student passes (routinely or through remediation) all pre-clerkship phase courses <u>and is</u> designated as on academic warning or probation** | Student's eligibility to take the USMLE Step 1 examination is subject to GPC review and approval (with GPC discretion to require advancement under academic warning and an individual remediation plan, repeat of the year, or dismissal). Same requirements for CBSE as noted above |

| | |
|---|---|
| **Student completes Year 2 but does not take USMLE Step 1 prior to the first day of orientation for the next Year 3** | **Academic warning**, ineligible to enroll in Year 3, referral to GPC to explain rationale for delaying USMLE Step 1 and progression into the clerkship phase, GPC discretion to direct student to engage with academic counseling/support resources, and the student is required to take the CBSE and achieve a score of 63 or greater, then take and pass USMLE Step 1 before re-enrolling in the curriculum.<br>Upon passing USMLE Step 1, the student will enter the clerkship phase either with block 2 of the same academic year, or with block 1 of the next academic year (as determined by the GPC in consultation with the associate dean for medical education or their designee and based on educational program considerations such as block capacity and the comparability of student cohorts and experiences).<br>If a student in this situation does not pass Step 1 prior to block 2 of the same academic year, then their final opportunity to enter Year 3 shall be with block 1 of the next academic year |
| **Failure of first attempt of USMLE Step 1** | **Academic warning**:<br>**If failing grade is received PRIOR to the start of clerkship block 1**: student is ineligible to enroll in Year 3<br>• **Mentors** notified, student required to meet with the associate dean for student affairs (or their designee), student may be referred to the GPC at the discretion of the associate dean for student affairs to review their progress plan, and the student **is required to take the CBSE and achieve a score of 63 or greater, then take and pass USMLE Step 1 before re-enrolling in the curriculum**. Upon passing USMLE Step 1, the student will enter the clerkship phase either with block 2 of the same academic year, or with block 1 of the next academic year (as determined by the associate dean for medical education or their designee and based on educational program considerations such as block capacity and the comparability of student cohorts and experiences). If a student in this situation does not pass Step 1 prior to block 2 of the same academic year, then their final opportunity to enter Year 3 shall be with block 1 of the next academic year<br><br>**If failing grade is received AFTER the start of clerkship block 1**: student continues in clerkship block 1 but is ineligible to enroll in block 2<br>• **Mentors** notified, student required to meet with the associate dean for student affairs (or their designee), student may be referred to the GPC to review their progress plan at the discretion of the associate dean for student affairs, and the student **is required to take the CBSE and achieve a score of 63 or greater, then take and pass USMLE Step 1 before re-enrolling in the** |

| | |
|---|---|
| | **curriculum**. Upon passing USMLE Step 1, the student will enter the clerkship phase with block 1 of the next academic year. If a student in this situation does not pass Step 1 prior to block 1 of the next academic year, then their final opportunity to enter Year 3 shall be with block 2 of the next academic year |
| **Failure of second attempt of USMLE Step 1** | **Academic probation**, student to meet with associate dean for student affairs (or their designee) to review circumstances, options (as discussed in section above), and recommendations. Student will be referred to the GPC to review their progress plan and make further recommendations |
| **Failure of third attempt of USMLE Step 1** | **Referral to the GPC for consideration of dismissal** |

**10. Additional expectations related to repeat years**

| **Table 10 Additional Rules Related to Repeat of a Pre-Clerkship Year (see also Section 12.b below)** | | |
|---|---|---|
| Students on academic probation and repeating a pre-clerkship year will be subject to the following rules that apply to both fall semester and end-of-year reviews and must go to tutoring as a condition from the GPC. The students may avail themselves of the TTUHSC EP tutors or they may seek out outside tutors and demonstrate that they are working with them on a regular basis. | | |
| If: | | Then: |
| i. | Deferred/temporary grade in any semester course | Referral to GPC for discussion of progression plan or consideration of dismissal* |
| ii. | Failure of any semester course (includes SPM, SCI, MS or Colloquium) | Referral to the GPC for consideration of dismissal* |
| iii. | Professionalism concerns | Rules as per Sections 9.a.vi apply (see above)* |
| *Repeat of the year is not a possibility in these circumstances because it would violate the 6-year rule as outlined in Section 13. | | |

**11. Review of clerkship phase coursework**

The GPC reviews Year 3/core clerkship block student progress at the end of each block and at the end of the academic year. The GPC reviews Year 4 student progress on a rolling basis as indicated based on input from the associate dean for medical education, assistant dean for clinical instruction and/or the associate dean for student affairs. Except for the intersessions, emergency medicine and family medicine longitudinal clerkships and the boot camp (which apply the Pass/Fail grading mode), all completed courses of the clerkship phase apply the Honors/Pass/Fail grading mode. Other transcript notations may apply to courses/clerkships not completed (per HSCEP OP 59.05 Grading Procedures and Academic Regulations). Students passing all courses/clerkships with no professionalism concerns or exceptional circumstances adversely affecting their academic progress are promoted as a cohort according to the MD degree plan (per PLFSOM academic catalog). All other students are designated as either on academic/professional warning or academic/professional probation (see also paragraph 5.c above):

- **Academic warning**: Students on academic warning have specifically identified academic and/or professionalism challenges that are potentially remediable within the current academic year or prior to graduation. Unless specifically modified by the GPC, this status persists until all associated academic performance deficiencies are satisfactorily resolved, at which point the student is no longer on academic warning
- **Academic probation**: Academic probation is a formal designation and is recorded on the Medical Student Performance Evaluation (MSPE) at the discretion of the Grading and Promotions Committee. Students on academic probation have specifically identified academic deficits that require repeat of a year or a revised curriculum plan that is less than one year in duration. This needs to be considered in conjunction with the Leaves of Absence and Suspensions Policy HSCEP OP: 77.05. Unless specifically modified by the GPC, this status persists until satisfactory completion of the repeat year or revised curriculum plan, at which point the student is placed on academic warning until the student's satisfactory completion of the clerkship phase of the curriculum, at which point the student is no longer on academic

warning. At the discretion of the GPC, a student placed on academic probation for professionalism concerns may be permitted to progress without repeating the year. The designation of probation will remain until the GPC determines that the professionalism issue has been satisfactorily addressed and remediated

All students are subject to individualized GPC reviews that incorporate the student's current and accumulated academic performance since matriculation, any professionalism notations/concerns, compliance with educational program expectations (per program policies and as may be individually specified by the GPC), and any exceptional circumstances adversely affecting the student's academic performance.
**Note regarding clerkship phase remediation plans**: Standard remediation plans may be specified by course/clerkship/block syllabi. When individualized course/clerkship/block (or component) remediation is a consideration, the relevant course/clerkship/block director(s) shall propose a plan for GPC review and approval.

a. **Year 3 end-of-clerkship block review rules**

**Table 11.a Year 3 End-of-Clerkship Block and End of Year Review Rules**

The committee will consider all Year 3 students after the end of each 3rd year clerkship block. Students will be placed on academic warning or probation and reviewed by the GPC according to the following rules:

| If: | Then: |
|---|---|
| **i. Failure of one or two clerkships:** | Referral to GPC for consideration of: one-month remediation* in Year 4 for each failure (student placed on **academic warning**), repeat of the associated clerkship block(s), repeat of Year 3 (student placed on **probation**), or dismissal based on the student's prior academic and professional performance |
| **ii. Failure of three clerkships** | **Academic probation** and referral to GPC for consideration of: repeat of the relevant block (if the three failures are contained in one block), repeat of repeat of Year 3 or dismissal |
| **iii. Rating of needs improvement in 3 or more competencies cumulative across all clerkship final assessments** | Referral to GPC for consideration of: individualized remediation* (student placed on **academic warning**), repeat of the relevant block or repeat of Year 3 (student placed on **academic probation**), or dismissal based on the student's prior academic and professional performance |
| **iv. Failure of 1st attempt of NBME in 3 or more different clerkships** | Referral to GPC for consideration of: repeat of the relevant clerkship block(s) or repeat of Year 3 (student placed on **academic probation**), or dismissal based on the student's prior academic and professional performance |
| **v. Professionalism concern** | • A student referred to the GPC based on a professionalism concern may be placed on **academic warning** or academic **probation** based on the GPC's review of the specific concern(s) and the student's overall academic record. As professionalism is an essential component of the school's academic program (see the PLFSOM medical education policy on program goals and objectives), the GPC may issue directives solely based on professionalism concerns (regardless of the student's performance related to other educational program goals and objectives)<br>• GPC recommendations may include individual remediation*, delayed progression to Year 4, repeat of Year 3, delay of graduation, or dismissal |

| | |
|---|---|
| | GPC may recommend a formal notation in the professionalism sections on the MSPE<br>• Refer to policy HSCEP OP 10.20 for requirements regarding criminal record information/updates available at: https://elpaso.ttuhsc.edu/opp/_documents/10/op1020.pdf. |
| *Students cannot earn clerkship phase elective credit for GPC-required remediation(s) | |

b. **Year 4 review rules**

| Table 11.b Year 4 Review Rules | |
|---|---|
| The committee will consider all Year 4 students on a rolling basis following each 4th year block. Students will be placed on academic warning or probation and reviewed by the GPC according to the following rules: | |
| If: | Then: |
| **i. Failure of one or two required or elective courses/clerkships in the fourth year** | Referral to GPC for consideration of: individualized remediation* (student placed on **academic warning**), delay in graduation, repeat of Year 4 (student placed on academic **probation**), or dismissal based on the student's prior academic and professional performance |
| **ii. Failure of three or more required or elective courses/clerkships in the fourth year** | **Academic probation** and referral to GPC for consideration of individualized remediation and delay in graduation, or repeat of Year 4, or dismissal based on the student's prior academic and professional performance |
| **iii. Rating of Needs Improvement in 2 or more competencies cumulative across all final assessments (regardless of final grade) in required clerkships and/or elective courses.** | Referral to GPC for consideration of: individualized remediation*and delay in graduation (student placed on **academic warning**), or, repeat of Year 4 (student placed on academic **probation**), or dismissal based on the student's prior academic and professional performance |
| **iv. Professionalism concern** | • A student referred to the GPC based on a professionalism concern may be placed on **academic warning** or academic **probation** based on the GPC's review of the specific concern(s) and the student's overall academic record. As professionalism is an essential component of the school's academic program (see the PLFSOM medical education policy on program goals and objectives), the GPC may issue directives solely based on professionalism concerns (regardless of the student's performance related to other educational program goals and objectives).<br>• GPC recommendations may include individual |

| | |
|---|---|
| | remediation*, repeat of Year 4, delay of graduation, or dismissal<br>• GPC may recommend a formal notation in the professionalism sections on the MSPE<br>• If the MSPE has already been uploaded, an addendum regarding the professionalism concern may be added<br>• If this occurs after Match Day, then the student's residency program director may be contacted |
| **v. Failure to take Step 2 CK prior to October 31st of 4th year** | **Student will be removed from rotations and placed on academic warning, required to meet with the associate dean for student affairs (or their designee), student's college mentors notified, GPC review not required unless graduation timeline is affected. Student can return to the curriculum once the Step 2 CK exam has been taken** |
| **vi. Failure of Step 2 CK on the first attempt** | **Academic warning**, student required to meet with the associate dean for student affairs (or their designee), student's college mentors notified, GPC review not required but student must submit a passing score for Step 2 CK by May 1st in order to graduate in May of the same academic year (non-fulfillment of this requirement may result in delay of graduation) |
| **vii. Failure of Step 2 CK on the second attempt** | **Academic probation and referral to the GPC for discussion of their progression plan and consideration for delay in graduation.** Student required to meet with the associate dean for student affairs (or their designee), student's college mentors notified. Student must submit a passing score for Step 2 CK by May 1st in order to graduate in May of the same academic year (non-fulfillment of this requirement may result in delay of graduation) |
| **viii. Failure of Step 2 CK on the third attempt** | **Referral to the GPC for consideration of dismissal** |
| *Students cannot earn clerkship phase elective credit for GPC-required remediation(s) | |

**c. Scholarly Activity and Research Program (SARP) requirements:**

| | |
|---|---|
| • Failure of SARP Course I (Project Plan) or SARP Course II (Final Report) or SARP Course III (Poster Presentation) | **Academic warning** and individualized remediation outlined by the SARP team. Referral to the GPC at the discretion of the relevant course directors, the assistant dean for the pre-clerkship phase, and/or the associate dean for medical education (for consideration of individual remediation, repeat of the year, or dismissal). |
| • **Failure to submit final report by the fall deadline for Year 4 (SARP II)**<br><br>• **Failure to complete all SARP requirements by May 1st of Year 4** | **Academic warning** and referral to GPC by a SARP course director<br><br>**Academic probation** and referral to the GPC for consideration of delay in graduation, repeat of Year 4, or dismissal |

**12. Failure to remediate**

a. If a student fails to successfully complete a GPC-approved remediation plan (as per the framework outlined above), then the student shall be automatically referred back to the GPC for consideration of repeat of the year, if eligible, or dismissal.

b. If a student on academic probation, fails one or more courses/clerkships during a repeat year, then the student shall be automatically referred back to the GPC for consideration of dismissal (see also table 10 above).

**13. Promotion and graduation timeline**

a. Students are expected to complete the MD degree program and graduate within 4 years of initial matriculation.

b. A student's timeline for completion of the MD degree may be extended due to:
   i. A school-approved leave of absence (Refer to the Student Leaves of Absence and Suspensions Policy HSCEP OP 77.05);
   ii. Academic difficulty requiring repetition of an academic year as per this policy;

c. Non-completion of Years 1 and 2 of the MD degree program within 3 years will result in dismissal, regardless of cause.

d. Non-completion of the MD degree program within 6 years will result in dismissal, regardless of cause. Exceptions to this policy can only be made after consideration of exceptional circumstances with a unique and compelling justification. Extension of the MD degree program beyond 6-years is subject to approval by the dean and the TTUHSCEP chief academic officer.

e. Extension of the timeline for students in dual degree programs will be considered on a case-by-case basis. As noted in 13.d, a unique and compelling justification will be required, and the decision will be subject to approval by the dean and the TTUHSCEP Chief Academic Officer.

**14. Appeals**

a. A student may appeal the decision of the GPC. This appeal must be made to the dean or their designee of the school of medicine within five business days, in writing, and must cite grounds for the appeal. An appeal may only be based on a claim that due process of GPC policies and procedures was not followed.

b. The dean or their designee may issue the decision alone or may appoint an Appeals Committee comprised of three members of the faculty representing both the clerkship and pre-clerkship phases of the curriculum to determine whether a basis for appeal exists.

c. If an Appeals Committee is appointed:
   i. The Appeals Committee will be convened by the chief academic officer within five business days after appointment to consider the student's appeal.
   ii. The student shall notify the associate dean for student affairs in advance, if he/she is to be accompanied by an attorney or other representative. An attorney or representative may appear only in an advisory capacity and may not address the Appeals Committee. Should the student be accompanied by an attorney or representative, the School of Medicine shall be represented by the Office of General Counsel. If necessary, the appeal hearing may be delayed up to five business days of the scheduled date if needed to allow personnel from the Office of General Counsel to attend.
   iii. The student may present a statement to the Appeals Committee regarding their appeal. Both the Appeals Committee and the student may call witnesses and present evidence relevant to resolution of the appeal. At the conclusion of the hearing, the Appeals Committee shall forward its recommendation to the dean or their designee. If the recommendation is not unanimous, a minority view shall be appended.
   iv. Unless suspended for justifiable cause, the student may continue to participate in the curriculum as enrolled until the appeal is resolved.

v. After review of the Appeals Committee recommendation, the dean or their designee will make a final decision.

d. The decision of the dean or their designee is final. The student and the chair of the GPC will be notified in writing by the dean or their designee.

**15. Notifications related to repeat of a year or dismissal**

a. Following a final decision to require a student to repeat a year, or to dismiss a student from the Paul L. Foster School of Medicine, the Office of Student Affairs shall notify in writing accounting services, financial aid, the registrar, and other pertinent offices and entities.

**16. Review and revision of grading and promotions policies**

a. Consistent with Section 7 above, grading and promotion policies are developed, reviewed, and approved by the Committee on Curriculum and Educational Policy, which is a standing committee of the PLFSOM Faculty Council as defined in the PLFSOM Faculty Bylaws.

## About

**Texas Tech University System**
***Mission*** To provide leadership and support services for Texas Tech University, Texas Tech University Health Sciences Center, Texas Tech University Health Sciences Center El Paso, Angelo State University and Midwestern State University fulfillment of each component institution's individual mission.

**Texas Tech University Health Sciences Center El Paso**
***Mission*** To improve the lives of people in our State and our community by focusing on the unique health care needs of socially and culturally diverse border populations through excellence in integrated education, research, and patient care.

**Foster School of Medicine**
***Mission*** To provide exceptional educational and development opportunities for our diverse learning community, advance knowledge through research and innovation, and serve the needs of our border region and beyond.

**Purpose and Use of Educational Program Goals and Objectives**
The Foster School of Medicine educational program goals and objectives are outcome- based statements that guide the instruction and assessment of medical students as they develop the knowledge and abilities expected of a physician. All elements of the Foster School of Medicine curriculum are derived from and contribute to the fulfillment of one or more of the medical education program's goals and objectives.

**Foster School of Medicine**
**Catalog for Academic Year 2025-2026**
**catalog.ttuhscep.edu**

**The Foster School of Medicine is accredited by the Liaison Committee on Medical Education (LCME)**
**lcme.org**

*Approved by the Curriculum and Educational Policy Committee on Sept. 14, 2020*



Texas Tech Health
EL PASO
Foster School of Medicine

For additional information, contact:

Texas Tech University Health Sciences Center El Paso
Foster School of Medicine
Office of Medical Education
Medical Education Building 3200

915-215-4297 | plfsom.meded@ttuhsc.edu



Texas Tech Health
EL PASO
Foster School of Medicine

# Educational Program Goals and Objectives

## Doctor of Medicine

### Academic Year 2025 - 2026

## Patient Care

**Provide patient-centered care that is compassionate, appropriate and effective for the treatment of health problems and the promotion of health.**

**PC-1.1** Gather essential information about patients and their conditions through history taking, physical examination, and the use of laboratory data, imaging studies, and other tests.
**PC-1.2** Make informed decisions about diagnostic and therapeutic interventions based on patient information and preferences, up-to-date scientific evidence, and clinical judgment.
**PC-1.3** For a given clinical presentation, use data derived from the history, physical examination, imaging and/or laboratory investigation to categorize the disease process and generate and prioritize a focused list of diagnostic considerations.
**PC-1.4** Organize and prioritize responsibilities in order to provide care that is safe, efficient, and effective.
**PC-1.5** Recognize a patient requiring urgent or emergent care, and initiate evaluation and management.
**PC-1.6** Counsel and educate patients and their families to empower them to participate in their care and enable shared decision-making.
**PC-1.7** Provide preventative health care services and promote health in patients, families, and communities.
**PC-1.8** Demonstrate and apply understanding of key issues in performing procedures and mitigating complications, and demonstrate reliable mechanical skills in performing the general procedures of a physician.

## Knowledge for Practice

**Demonstrate knowledge of established and evolving biomedical, clinical, epidemiological, and social-behavioral sciences, as well as the application of this knowledge to patient care.**

**KP-2.1** Compare and contrast normal variation and pathological states in the structure and function of the human body across the life span.
**KP-2.2** Apply evidence-based principles of foundational/ basic science to health care.
**KP-2.3** Apply evidenced-based principles of clinical sciences to diagnostic and therapeutic decision-making and clinical problem solving.
**KP-2.4** Apply principles of epidemiological sciences to the identification of health problems, risk factors, treatment strategies, resources, and disease prevention/health promotion efforts for patients and populations.
**KP-2.5** Apply principles of social-behavioral sciences to patient care including assessment of the impact of psychosocial, cultural, and societal influences on health, disease, care seeking, adherence and barriers to care.
**KP-2.6** Demonstrate an understanding of and engagement in the creation, dissemination and application of new health care knowledge.

## Practice-Based Learning and Improvement

**Demonstrate the ability to investigate and evaluate the care of patients, to appraise and assimilate scientific evidence, and to continuously improve patient care based on constant self-evaluation and life-long learning.**

**PBL-3.1** Identify gaps in one's knowledge, skills, and/or attitudes, and perform learning activities to address them.
**PBL-3.2** Demonstrate an understanding of quality improvement principles and their application to analyzing and solving problems in patient and/or population-based care.
**PBL-3.3** Incorporate feedback into practice.
**PBL-3.4** Locate, appraise and assimilate evidence from scientific studies related to patients' health problems.
**PBL-3.5** Obtain and utilize information about individual patients, populations or communities to improve care.
**PBL-3.6** Participate in the education of patients, families, students, trainees, peers, and other health professionals.

## Interpersonal and Communication Skills

**Demonstrate interpersonal and communication skills that result in the effective exchange of information and collaboration with patients, their families and health professionals.**

**ICS-4.1** Communicate effectively with patients and families across a broad range of socioeconomic and cultural backgrounds.
**ICS-4.2** Communicate effectively with colleagues and other health care professionals.
**ICS-4.3** Communicate with sensitivity, honesty, compassion and empathy.
**ICS-4.4** Maintain accurate, comprehensive and timely medical records.

## Professionalism

**Demonstrate understanding of and behavior consistent with professional responsibilities and adherence to ethical principles.**

**PR0-5.1** Demonstrate sensitivity, compassion, and respect for all people.
**PR0-5.2** Demonstrate knowledge of and appropriately apply ethical principles pertaining to patient privacy, autonomy and informed consent.
**PR0-5.3** Demonstrate accountability to patients and fellow members of the health care team.
**PR0-5.4** Demonstrate and apply knowledge of ethical principles pertaining to the provision or withholding of care.
**PR0-5.5** Demonstrate and apply knowledge of ethical principles pertaining to health care related business practices and health care administration, including compliance with relevant laws, policies, regulations and the avoidance of conflicts of interest.
**PR0-5.6** Demonstrate honesty and integrity in all professional and academic interactions.
**PR0-5.7** Meet professional and academic commitments and obligations.

## Systems-Based Practice

**Demonstrate an awareness of and responsiveness to the larger context and system of health care, as well as the ability to call on other resources in the system to provide optimal care.**

**SBP-6.1** Describe the health system and its components, how the system is funded and how it affects individual and community health.
**SBP-6.2** Demonstrate the ability to identify patient access to public, private, commercial and/or community-based resources relevant to patient health and care.
**SBP-6.3** Incorporate considerations of benefits, risks and costs in patient and/or population care.
**SBP-6.4** Describe appropriate processes for referral of patients and for maintaining continuity of care throughout transitions between providers and settings.

## Interprofessional Collaboration

**Demonstrate the ability to engage in an interprofessional team in a manner that optimizes safe, effective patient and population-centered care.**

**IPC-7.1** Describe the roles and responsibilities of health care professionals.
**IPC-7.2** Use knowledge of one's own role and the roles of other health care professionals to work together in providing safe and effective care.
**IPC-7.3** Participate in different team roles to establish, develop, and continuously enhance interprofessional teams to provide patient- and population-centered care that is safe, timely, efficient, effective, and equitable.
**IPC-7.4** Recognize and respond appropriately to circumstances involving conflict.

## Personal and Professional Development

**Demonstrate the qualities required to sustain lifelong personal and professional growth.**

**PPD-8.1** Recognize when to take responsibility and when to seek assistance.
**PPD-8.2** Demonstrate healthy coping mechanisms in response to stress and professional responsibilities.
**PPD-8.3** Demonstrate flexibility in adjusting to change and difficult situations.
**PPD-8.4** Utilize appropriate resources and coping mechanisms when confronted with uncertainty and ambiguous situations.

Texas Tech Health
EL PASO
Foster School of Medicine Student Affairs

07/28/2025

**Professionalism Concern Meeting**

Attendees: Virbhav Duggal, Dr. Martin, Mari Cotera – Note taker.
Location: Dr. Martin's Office

Virbhav Duggal was called in by Dr. Martin to address a report of egregious breach in professionalism towards a patient during his ObGyn rotation, Wednesday, July 23, 2025.

Dr. Martin did not go into details of the report made by the pt. She asked the student if he remembered seeing a female pt. during his rotation on Wednesday; student did remember.

Dr. Martin asked the student to tell her in his words how to whole interaction go. Student explained that the pt. seemed nervous. She showed him a picture of her boyfriend and then he showed her a picture of his girlfriend; and they talked about their significant others a bit.

Pt. said her boyfriend was very jealous of her having male friends. Student said he did ask the pt. if it would be an issue with her boyfriend if he did the pelvic exam, or if she'd rather be examined by the NP. He also stated that when the NP asked the pt. if she could examine her – student was still in the room -, the pt. turned to the NP and then to the student a couple of times, as if she were nervous. Then, student said the NP told the pt. that it was ok, the student didn't have to be in the room.

Student mentioned that the pt. was in for STD screening. That the pt. mentioned she went to the gym, and he told her she had "nice abs".

Student stated when pt. left, he said good bye, maybe they would see each other around since she's a nurse, and that is when the pt. said you can follow me on Instagram, and he did.

Student stated by around 10 pm he realized that this was unprofessional behavior and unfollowed the pt. He states he has never ever reached out to any patients before, and that he did not contact the pt. in question via txt, IM, or any other means.

Student stated he has received Excels in Professionalism on all his Clerkship interactions so far.

Dr. Martin told him he will be removed from all patient care and contact until after he meets with the GPC (8/15/25 – sooner if possible). Meanwhile, student can continue to turn in assignments and Dr. Martin will check to see if the Clerkship Administration allows him to attend didactics.

Dr. Martin stressed at least 8 times that the student in NOT to have patient contact of any kind in any clinic or hospital – required or other kind-, and that he is NOT to contact the patient or the NP from that patient encounter. She told the student reputedly that he is on a temporary LOA with NO patient contact. She asked the student to reach out to his advisor (Dr. Singh) for help and support for his GPC presentation.

Dr. Martin explained what is expected of him for his presentation before GPC, and what he can expect of the meeting. She outlined all possible outcomes, from this showing up on his MSPE, to the GPC opting for dismissal. She mentioned the Off. of Student Affairs Deans have no vote in these proceedings.

She referred the student to the 215-TALK hotline to get help for this stressful situation, and for support.