Exhibit 10

Dear Muma, Dada, & Aahana

What I am doing today is selfish. I have toyed with the thought of suicide since college began, but the thought of uprooting your lives has always caused me to stay my hand.

Your love & support was always something that gave me strength, to push forward & strive for the goal of becoming a physician, someone to make you proud.

But I have failed you, I have failed in being a good son. I am facing dismissal from school due to a lapse of professionalism, & simply can not bear the shame.

I will continue to have you in my thoughts & prayers. I love my family deeply, & hope this last act will end my selfish behavior

– Your puttar ji

[illegible]

July 24th, 2025