Dear Administration,

It is becoming increasingly clear throughout the year that many students feel they are succeeding in spite of the administration, rather than with its support. This sentiment is not the result of isolated incidents, but of a repeated pattern that paints the administration as more of a barrier than a bridge to student success.

At its core, the mission of any institution of higher education, especially a medical school, should be to facilitate student success. When students request a review session prepared by the instructor who both taught the material and wrote the exam, this should be embraced as a constructive, educational opportunity, not treated as a liability. If the goal is for students to master the material, then every student scoring perfectly after a thorough, well-structured review would be a victory, not a failure of academic rigor.

This approach is not without precedent. Prestigious institutions like UT Southwestern routinely conduct such review sessions without controversy. If other top-tier schools see the value in these practices, why are we denying our students the same opportunity?
Furthermore, we confirmed with policy leaders that there is no institutional rule preventing faculty from hosting review sessions. This means the decision to restrict such sessions appears to be discretionary, not mandated. This raises additional concerns about whether the actions taken are truly in service of student learning.

We do recognize that there have been instances of faculty support this year, such as the lenience shown with the IMN exam, the CEYE practice exam, and the modification of rules surrounding CEYE remediation. These moments are appreciated. However, they stand as exceptions rather than indicators of a consistent or reliable pattern of support.

There is a growing perception among students that the administration is not simply unsupportive, but at times actively antagonistic. Comments allegedly made by faculty and overheard by students, such as wishing more students had failed past exams or calling the class a “bad batch”, only deepen this rift. Moreover, students often feel penalized for learning in ways that deviate from administrative preferences, rather than being empowered to find methods that best suit their individual needs.

This must change. Student success should never feel like it comes at odds with the institution itself.

We urge the administration to re-evaluate its posture toward the student body. Trust, collaboration, and mutual respect must be restored if we are to truly fulfill our shared mission to train competent, compassionate, and successful physicians.

We believe this can change. With open dialogue, reflection on both sides, and a genuine commitment to supporting students, the culture at our institution can grow into one defined by

partnership rather than opposition. We are hopeful that this letter serves as a step toward that growth in the following years.

Sincerely,
PLFSOM Class of 2028