# ATTACHMENT A

TEXAS TECH UNIVERSITY HEALTH
SCIENCES CENTER EL PASO

Student Conduct Incident Form This form is to be used for an official complaint that involves a person who is or students who are enrolled at TTUHSC El Paso for alleged violations of the Code of Professional and Academic Conduct. The student(s) could be the accused or the complainant.This form is to be submitted to the Executive Associate or Assistant Vice President for SSSA for Student Services and Student Affairs at TTUHSC El Paso. A separate form must be completed for each individual student accused of violations of the Code. Use Attachment C for complaints against a student organization.

*{Please note that students' matters related to grades or academic evaluation should follow the guidelines published in the specific School catalogue or handbook}*

**Please complete the following:**

Name of Accused:

___

Organizational Affiliation: Institutional, School, Department and Program of Accused *(if known):*

___

List the course name, number, and section *(if applicable)* in which the alleged misconduct occurred:

___

Please provide a clear and concise explanation of the circumstances of the complaint. Include all relevant information, including, but not limited to, the name of the person(s) who witnessed the incident(s) and where the incident(s) occurred. Use additional pages if necessary. Please attach relevant supporting documents, e.g., copy of assignment, source of plagiarism, etc:

___

___

___

___

Date of discovery of alleged violation *(please report within 20 business days of discovery):*

Date of alleged violation *(if different from above):*

Please cite the Professional and Academic Code(s) that the Accused allegedly violated:

**I certify that all information provided herein is accurate and complete.**

**Printed Name** **Complainant Date**

**Complainant's Signature**

**Complainant's Contact Information: Address, Email, and Phone Number**

*The following notice is provided in accordance with Texas Government Code§ 559.003(a) of the Texas Government Code: (1) with few exceptions, you are entitled on your request to be informed about the information TTUHSC El Paso collects about you; (2) under Sections 552.021 and 552.023 of the Texas Government Code, you are entitled to receive and review the information; and (3) under Section 559.004 of the Texas Government Code, you are entitled to have TTUHSC El Paso correct information that is incorrect in accordance with TTUHSC El Paso policies and procedures.*

**Please Email Completed Form to Hilda Alarcon at hilda.alarcon@ttuhsc.edu**

Back to Table of Contents

# ATTACHMENT B

TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER
EL PASO

## Sexual Misconduct Incident Form

Please fill out the following to the best of your ability, and do not hesitate to contact university administrators if you have questions or if you would like to make a report in person. We are here to help. You can contact us from 8 a.m. - 5 p.m. at (915) 215-4786. You will be contacted within 24 hours of receipt of this report to discuss. If it is after hours and you need immediate assistance, please contact the Texas Tech Police Department at (915) 215-7111.

Please complete the following:

Your Full Name: ________________________________________________

Your Phone Number: ____________ Your Email Address: ________________

Type of Complaint: (circle one) Sexual Assault Sexual Harassment

Sexual Voyeurism ("peeping tom") other form of Sexual Misconduct

Urgency of this Report: I'm reporting an incident I'm in fear of imminent harm (myself or others)

Date of Incident: ______________ Time of Incident: ______________

Location of Incident: ________________________________________________

---

Name of Involved Individuals:________________________________________

*In order for TTUHSC El Paso to effectively investigate the incident, we need to know as much about what happened as possible. The information you provide will be kept confidential and shared only with necessary and essential student affairs administrators. During the course of the investigation process, this information may be shared with the alleged perpetrator. However, this will not occur without first consulting the victim as to his or her preferred approach to handling the situation.*

Back to Table of Contents

Describe the incident(s) or event(s), including date, times, locations, and any potential witnesses to the behavior. Please include as much detail as possible.

If you are the victim of misconduct, please describe how you would prefer the University to respond to the situation. (You will not be held to this response, it just gives us a starting point).

*If you have any pictures, video, email or other supporting documents of this misconduct please include it with this form and turn it into Hilda Alarcon at hilda.alarcon@ttuhsc.edu in the TTUHSC El Paso Office of Student Services and Student Affairs.*