In 1981, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 58525 Unintentional Injury deaths; 21977 Malignant Neoplasms deaths; 17949 Homicide deaths; 16425 Heart Disease deaths; 15878 Suicide deaths; 4549 Liver Disease deaths; 3750 Cerebrovascular deaths; 2974 Congenital Anomalies deaths; 2163 Pneumonia & Influenza deaths; 1659 Diabetes deaths.

In 1982, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 54029 Unintentional Injury deaths; 22662 Malignant Neoplasms deaths; 17017 Homicide deaths; 16456 Heart Disease deaths; 15856 Suicide deaths; 4321 Liver Disease deaths; 3548 Cerebrovascular deaths; 2925 Congenital Anomalies deaths; 2008 Pneumonia & Influenza deaths; 1641 Diabetes deaths.

In 1983, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 52116 Unintentional Injury deaths; 22835 Malignant Neoplasms deaths; 16601 Heart Disease deaths; 15694 Suicide deaths; 15392 Homicide deaths; 4251 Liver Disease deaths; 3506 Cerebrovascular deaths; 2748 Congenital Anomalies deaths; 2025 Pneumonia & Influenza deaths; 1824 Diabetes deaths.

In 1984, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 52311 Unintentional Injury deaths; 23561 Malignant Neoplasms deaths; 16906 Heart Disease deaths; 16252 Suicide deaths; 15106 Homicide deaths; 4334 Liver Disease deaths; 3705 Cerebrovascular deaths; 2739 Congenital Anomalies deaths; 2206 Pneumonia & Influenza deaths; 1801 Diabetes deaths.

In 1985, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 52209 Unintentional Injury deaths; 23894 Malignant Neoplasms deaths; 17279 Heart Disease deaths; 16401 Suicide deaths; 15308 Homicide deaths; 4440 Liver Disease deaths; 3611 Cerebrovascular deaths; 2548 Congenital Anomalies deaths; 2277 Pneumonia & Influenza deaths; 1865 Diabetes deaths.

In 1986, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 54336 Unintentional Injury deaths; 24444 Malignant Neoplasms deaths; 17878 Heart Disease deaths; 17099 Suicide deaths; 16970 Homicide deaths; 4453 Liver Disease deaths; 3684 Cerebrovascular deaths; 2624 Congenital Anomalies deaths; 2558 Pneumonia & Influenza deaths; 1982 Diabetes deaths.

In 1987, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 53298 Unintentional Injury deaths; 23930 Malignant Neoplasms deaths; 17582 Heart Disease deaths; 16962 Suicide deaths; 16363 Homicide deaths; 10463 HIV deaths; 4647 Liver Disease deaths; 3748 Cerebrovascular deaths; 2706 Congenital Anomalies deaths; 2497 Pneumonia & Influenza deaths; 1981 Diabetes deaths.

In 1988, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 53859 Unintentional Injury deaths; 24324 Malignant Neoplasms deaths; 17437 Homicide deaths; 17411 Heart Disease deaths; 17087 Suicide deaths; 12923 HIV deaths; 4681 Liver Disease deaths; 3785

Cerebrovascular deaths; 2772 Pneumonia & Influenza deaths; 2762 Congenital Anomalies deaths; 2209 Diabetes deaths.

In 1989, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 52031 Unintentional Injury deaths; 24568 Malignant Neoplasms deaths; 18242 Homicide deaths; 17111 HIV deaths; 17006 Suicide deaths; 16758 Heart Disease deaths; 4654 Liver Disease deaths; 3622 Cerebrovascular deaths; 2917 Pneumonia & Influenza deaths; 2767 Congenital Anomalies deaths; 2302 Diabetes deaths.

In 1990, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 50120 Unintentional Injury deaths; 25076 Malignant Neoplasms deaths; 20304 Homicide deaths; 19496 HIV deaths; 17400 Suicide deaths; 16552 Heart Disease deaths; 4563 Liver Disease deaths; 3704 Cerebrovascular deaths; 2782 Congenital Anomalies deaths; 2714 Pneumonia & Influenza deaths; 2330 Diabetes deaths.

In 1991, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 48129 Unintentional Injury deaths; 25674 Malignant Neoplasms deaths; 22619 HIV deaths; 21478 Homicide deaths; 17425 Heart Disease deaths; 17298 Suicide deaths; 4497 Liver Disease deaths; 3705 Cerebrovascular deaths; 2801 Pneumonia & Influenza deaths; 2726 Congenital Anomalies deaths; 2375 Diabetes deaths.

In 1992, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 45325 Unintentional Injury deaths; 25578 Malignant Neoplasms deaths; 25472 HIV deaths; 20839 Homicide deaths; 17659 Heart Disease deaths; 17188 Suicide deaths; 4417 Liver Disease deaths; 3698 Cerebrovascular deaths; 2699 Congenital Anomalies deaths; 2525 Pneumonia & Influenza deaths; 2421 Diabetes deaths.

In 1993, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 47299 Unintentional Injury deaths; 28196 HIV deaths; 25183 Malignant Neoplasms deaths; 21359 Homicide deaths; 18240 Heart Disease deaths; 17647 Suicide deaths; 4535 Liver Disease deaths; 3652 Cerebrovascular deaths; 2843 Pneumonia & Influenza deaths; 2706 Congenital Anomalies deaths; 2455 Diabetes deaths.

In 1994, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 46935 Unintentional Injury deaths; 31498 HIV deaths; 25210 Malignant Neoplasms deaths; 20580 Homicide deaths; 18367 Heart Disease deaths; 18007 Suicide deaths; 4469 Liver Disease deaths; 3830 Cerebrovascular deaths; 2657 Pneumonia & Influenza deaths; 2616 Diabetes deaths; 2562 Congenital Anomalies deaths.

In 1995, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 47326 Unintentional Injury deaths; 31782 HIV deaths; 25141 Malignant Neoplasms deaths; 18648 Heart Disease deaths; 18578 Homicide deaths; 17880 Suicide deaths; 4355 Liver Disease deaths; 3791 Cerebrovascular deaths; 2617 Diabetes deaths; 2597 Congenital Anomalies deaths; 2593 Pneumonia & Influenza deaths.

In 1996, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 46481 Unintentional Injury deaths; 24978 Malignant

Neoplasms deaths; 22422 HIV deaths; 18087 Heart Disease deaths; 17262 Suicide deaths; 16804 Homicide deaths; 4240 Liver Disease deaths; 3742 Cerebrovascular deaths; 2703 Diabetes deaths; 2536 Pneumonia & Influenza deaths; 2403 Congenital Anomalies deaths.

In 1997, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 45872 Unintentional Injury deaths; 24819 Malignant Neoplasms deaths; 18136 Heart Disease deaths; 16895 Suicide deaths; 15730 Homicide deaths; 11498 HIV deaths; 4055 Liver Disease deaths; 3785 Cerebrovascular deaths; 2638 Diabetes deaths; 2469 Pneumonia & Influenza deaths; 2444 Congenital Anomalies deaths.

In 1998, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 45710 Unintentional Injury deaths; 24484 Malignant Neoplasms deaths; 18397 Heart Disease deaths; 16661 Suicide deaths; 14497 Homicide deaths; 8938 HIV deaths; 3903 Liver Disease deaths; 3637 Cerebrovascular deaths; 2684 Diabetes deaths; 2413 Pneumonia & Influenza deaths; 2382 Congenital Anomalies deaths.

In 1999, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 45766 Unintentional Injury deaths; 23891 Malignant Neoplasms deaths; 18195 Heart Disease deaths; 15717 Suicide deaths; 13243 Homicide deaths; 9249 HIV deaths; 3739 Liver Disease deaths; 3447 Cerebrovascular deaths; 2719 Diabetes Mellitus deaths; 2428 Congenital Anomalies deaths.

In 2000, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 46100 Unintentional Injury deaths; 23583 Malignant Neoplasms deaths; 17622 Heart Disease deaths; 15655 Suicide deaths; 13049 Homicide deaths; 8595 HIV deaths; 3828 Liver Disease deaths; 3523 Cerebrovascular deaths; 2743 Diabetes Mellitus deaths; 2381 Congenital Anomalies deaths.

In 2001, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 46745 Unintentional Injury deaths; 23695 Malignant Neoplasms deaths; 17982 Heart Disease deaths; 15955 Suicide deaths; 15510 Homicide deaths; 8244 HIV deaths; 3751 Liver Disease deaths; 3422 Cerebrovascular deaths; 2749 Diabetes Mellitus deaths; 2482 Congenital Anomalies deaths.

In 2002, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 49050 Unintentional Injury deaths; 23161 Malignant Neoplasms deaths; 18295 Heart Disease deaths; 16171 Suicide deaths; 13726 Homicide deaths; 7754 HIV deaths; 3568 Liver Disease deaths; 3307 Cerebrovascular deaths; 3014 Diabetes Mellitus deaths; 2486 Congenital Anomalies deaths.

In 2003, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 48914 Unintentional Injury deaths; 22369 Malignant Neoplasms deaths; 18433 Heart Disease deaths; 15905 Suicide deaths; 13694 Homicide deaths; 7144 HIV deaths; 3394 Liver Disease deaths; 3379 Cerebrovascular deaths; 2905 Diabetes Mellitus deaths; 2368 Congenital Anomalies deaths.

In 2004, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 49259 Unintentional Injury deaths; 21483 Malignant Neoplasms deaths; 17558 Heart Disease deaths; 16313 Suicide deaths; 13270 Homicide deaths; 6514 HIV deaths; 3257 Cerebrovascular deaths; 3129 Liver Disease deaths; 2831 Diabetes Mellitus deaths; 2354 Congenital Anomalies deaths.

In 2005, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 50748 Unintentional Injury deaths; 21261 Malignant Neoplasms deaths; 17459 Heart Disease deaths; 16024 Suicide deaths; 14043 Homicide deaths; 5855 HIV deaths; 3159 Cerebrovascular deaths; 3025 Liver Disease deaths; 2904 Diabetes Mellitus deaths; 2375 Congenital Anomalies deaths.

In 2006, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 52585 Unintentional Injury deaths; 20501 Malignant Neoplasms deaths; 17136 Heart Disease deaths; 15984 Suicide deaths; 14218 Homicide deaths; 5413 HIV deaths; 3107 Cerebrovascular deaths; 2967 Diabetes Mellitus deaths; 2896 Liver Disease deaths; 2224 Congenital Anomalies deaths.

In 2007, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 51587 Unintentional Injury deaths; 19727 Malignant Neoplasms deaths; 16560 Heart Disease deaths; 16324 Suicide deaths; 14105 Homicide deaths; 4837 HIV deaths; 2988 Liver Disease deaths; 2968 Cerebrovascular deaths; 2788 Diabetes Mellitus deaths; 2252 Congenital Anomalies deaths.

In 2008, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 48070 Unintentional Injury deaths; 19167 Malignant Neoplasms deaths; 16523 Suicide deaths; 16070 Heart Disease deaths; 13532 Homicide deaths; 3984 HIV deaths; 3010 Liver Disease deaths; 2923 Cerebrovascular deaths; 2673 Diabetes Mellitus deaths; 2148 Congenital Anomalies deaths.

In 2009, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 44777 Unintentional Injury deaths; 19060 Malignant Neoplasms deaths; 16633 Suicide deaths; 15661 Heart Disease deaths; 12527 Homicide deaths; 3460 HIV deaths; 2966 Liver Disease deaths; 2913 Influenza & Pneumonia deaths; 2767 Cerebrovascular deaths; 2673 Diabetes Mellitus deaths; 2156 Congenital Anomalies deaths.

In 2010, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 44743 Unintentional Injury deaths; 18294 Malignant Neoplasms deaths; 17180 Suicide deaths; 15188 Heart Disease deaths; 12055 Homicide deaths; 2949 Liver Disease deaths; 2791 HIV deaths; 2751 Cerebrovascular deaths; 2590 Diabetes Mellitus deaths; 2063 Congenital Anomalies deaths; 1501 Influenza & Pneumonia deaths.

In 2011, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 46090 Unintentional Injury deaths; 18040 Malignant Neoplasms deaths; 17808 Suicide deaths; 15302 Heart Disease deaths; 11953 Homicide deaths; 2993 Liver Disease deaths; 2727 Diabetes Mellitus

deaths; 2563 Cerebrovascular deaths; 2420 HIV deaths; 2112 Congenital Anomalies deaths; 1824 Influenza & Pneumonia deaths.

In 2012, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 45696 Unintentional Injury deaths; 18157 Suicide deaths; 17889 Malignant Neoplasms deaths; 15005 Heart Disease deaths; 12311 Homicide deaths; 3100 Liver Disease deaths; 2749 Diabetes Mellitus deaths; 2589 Cerebrovascular deaths; 2118 HIV deaths; 2048 Congenital Anomalies deaths; 1366 Influenza & Pneumonia deaths.

In 2013, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 46019 Unintentional Injury deaths; 18172 Suicide deaths; 17741 Malignant Neoplasms deaths; 14882 Heart Disease deaths; 11760 Homicide deaths; 3202 Liver Disease deaths; 2857 Diabetes Mellitus deaths; 2475 Cerebrovascular deaths; 2042 Congenital Anomalies deaths; 1988 HIV deaths; 1757 Influenza & Pneumonia deaths.

In 2014, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 47859 Unintentional Injury deaths; 18807 Suicide deaths; 17633 Malignant Neoplasms deaths; 15002 Heart Disease deaths; 11583 Homicide deaths; 3337 Liver Disease deaths; 2919 Diabetes Mellitus deaths; 2622 Cerebrovascular deaths; 2080 Influenza & Pneumonia deaths; 1961 Congenital Anomalies deaths; 1874 HIV deaths.

In 2015, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 52880 Unintentional Injury deaths; 19787 Suicide deaths; 17301 Malignant Neoplasms deaths; 15263 Heart Disease deaths; 13158 Homicide deaths; 3736 Liver Disease deaths; 3008 Diabetes Mellitus deaths; 2647 Cerebrovascular deaths; 2084 Congenital Anomalies deaths; 1687 HIV deaths; 1460 Influenza & Pneumonia deaths.

In 2016, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 61749 Unintentional Injury deaths; 20562 Suicide deaths; 17382 Malignant Neoplasms deaths; 15177 Heart Disease deaths; 14542 Homicide deaths; 3821 Liver Disease deaths; 3086 Diabetes Mellitus deaths; 2717 Cerebrovascular deaths; 2027 Congenital Anomalies deaths; 1725 Influenza & Pneumonia deaths; 1586 HIV deaths.

In 2017, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 64783 Unintentional Injury deaths; 22057 Suicide deaths; 17070 Malignant Neoplasms deaths; 15301 Heart Disease deaths; 14379 Homicide deaths; 3944 Liver Disease deaths; 3229 Diabetes Mellitus deaths; 2722 Cerebrovascular deaths; 2014 Congenital Anomalies deaths; 1594 Influenza & Pneumonia deaths; 1413 HIV deaths.

In 2018, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 61977 Unintentional Injury deaths; 22357 Suicide deaths; 16864 Malignant Neoplasms deaths; 15282 Heart Disease deaths; 13787 Homicide deaths; 4151 Liver Disease deaths; 3401 Diabetes Mellitus deaths; 2550 Cerebrovascular deaths; 1994 Congenital Anomalies deaths; 1857 Influenza & Pneumonia deaths.

In 2019, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 62982 Unintentional Injury deaths; 22084 Suicide deaths;

16720 Malignant Neoplasms deaths; 15177 Heart Disease deaths; 14191 Homicide deaths; 4565 Liver Disease deaths; 3391 Diabetes Mellitus deaths; 2621 Cerebrovascular deaths; 2017 Congenital Anomalies deaths; 1835 Influenza & Pneumonia deaths.

In 2020, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 80208 Unintentional Injury deaths; 22431 Suicide deaths; 18838 Homicide deaths; 17310 Heart Disease deaths; 16708 Malignant Neoplasms deaths; 8902 Covid-19 deaths; 6620 Liver Disease deaths; 4445 Diabetes Mellitus deaths; 2927 Cerebrovascular deaths; 2100 Influenza & Pneumonia deaths.

In 2021, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 89729 Unintentional Injury deaths; 23859 Suicide deaths; 23736 Covid-19 deaths; 19864 Homicide deaths; 18167 Heart Disease deaths; 17210 Malignant Neoplasms deaths; 7729 Liver Disease deaths; 4641 Diabetes Mellitus deaths; 3146 Cerebrovascular deaths; 2153 Congenital Anomalies deaths.

In 2022, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 87639 Unintentional Injury deaths; 23390 Suicide deaths; 18628 Homicide deaths; 17340 Malignant Neoplasms deaths; 17216 Heart Disease deaths; 7349 Liver Disease deaths; 6160 Covid-19 deaths; 4446 Diabetes Mellitus deaths; 3055 Cerebrovascular deaths; 2331 Congenital Anomalies deaths.

In 2023, the Top Ten Leading Causes of Death for Americans aged 1 to 44 years old are: 83321 Unintentional Injury deaths; 23409 Suicide deaths; 17376 Malignant Neoplasms deaths; 16860 Homicide deaths; 16141 Heart Disease deaths; 6704 Liver Disease deaths; 4026 Diabetes Mellitus deaths; 2954 Cerebrovascular deaths; 2237 Congenital Anomalies deaths; 1839 Influenza & Pneumonia deaths.