TTUHSC-EP/PLF-SOM

OB/GYN Clerkship

# PATIENT INTERVIEW AND EVALUATION EXERCISE

Student Name:______________________________ Preceptor's name:______________________________ Date:________________________

**Preceptor's Instructions:** *Please complete the following based on your observation of a patient interview and physical examination conducted by the named student on this rotation.*

| **1=Failed to meet expectations** | **2=Met expectations** (Performed at the level expected of a third year medical student) | **3=Exceeded expectations** |
|---|---|---|

| **RAPPORT:** | **Circle One** | | |
|---|---|---|---|
| 1. The student extended an appropriate greeting in a professional and courteous manner. | **1** | **2** | **3** |
| 2. The student established the basis for the interview and examination. | **1** | **2** | **3** |
| 3. The student established good eye contact. | **1** | **2** | **3** |
| 4. The student utilized appropriate verbal and nonverbal modes of communication to foster a good interaction with the patient. | **1** | **2** | **3** |
| 5. The student offered the patient an opportunity to ask questions during and prior to the conclusion of the interview and examination. | **1** | **2** | **3** |
| 6. The interview was appropriately concluded after obtaining appropriate history and physical findings of the examination. | **1** | **2** | **3** |
| **INFORMATION OBTAINED:** | | | |
| The student made an appropriate inquiry in the following areas: | **1** | **2** | **3** |
| 1. Patient profile and/or identifying information | **1** | **2** | **3** |
| 2. Chief complaint | **1** | **2** | **3** |
| 3. History of present illness | **1** | **2** | **3** |
| 4. Gynecologic history including menstrual history, STDs, Pap smears and contraception | **1** | **2** | **3** |
| 5. Obstetric history including all pregnancies and outcomes, infertility | **1** | **2** | **3** |
| 6. Past medical history | **1** | **2** | **3** |
| 7. Past surgical history | **1** | **2** | **3** |
| 8. Family history | **1** | **2** | **3** |
| 9. Social history including employment, domestic arrangements | **1** | **2** | **3** |
| 10. Review of systems | **1** | **2** | **3** |
| **EXAMINATION:** | | | |
| The student conducted an appropriate examination of the patient with regard to the following areas: | **1** | **2** | **3** |
| 1. Chest and thorax, including lung sounds, heart sounds | **1** | **2** | **3** |
| 2. Breast examination, including inspection and palpation of the breast and axilla | **1** | **2** | **3** |
| 3. Abdomen, including palpation, percussion of liver and spleen, listening for bowel sounds, and CVA tenderness | **1** | **2** | **3** |
| 4. Pelvic examination, including inspection and palpation of external genitalia, speculum examination, bimanual palpation, and rectovaginal palpation | **1** | **2** | **3** |
| **GENERAL ISSUES:** | | | |
| 1. The student followed a logical sequence in conducting the interview and examination. | **1** | **2** | **3** |
| 2. The student demonstrated appropriate concern for patient privacy, i.e. discussion of any sensitive areas, substance abuse, sexuality, and draping during the examination. | **1** | **2** | **3** |
| 3. The student was attentive to patient comfort and reactions to the interview. | **1** | **2** | **3** |
| **ADDITIONAL COMMENTS:** | | | |

______________________________ ____________ ______________________________ ____________

Preceptor signature Date Student signature Date